AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of ______________________

(Petitioner)
NORMAND L. BEDFORD
~~Plaintiff~~

V.

(Respondent)
STATE OF RHODE ISLAND
~~Defendant~~

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA 05 095 L

I, Normand L. Bedford declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration R.I. Dept. of Corrections Max. Security

   Are you employed at the institution? No Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Collected Disability Benefits from 1990 (SSDI)

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☒ Yes ☐ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

State of Rhode Island and Providence Plantations

PROVIDENCE COUNTY, § FEDERAL DISTRICT Court

NORMAND BEDFORD §
(Petitioner) §
v. §
STATE OF RHODE ISLAND, et al. §
(Respondents) §

Court File
Case No.. ______________
F.D.No. ________

CA 05 095

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the NORMAND BEDFORD (Petitioner), in the above entitled matter and declares that:

1.) I am currently incarcerated at the Adult Correctional Institution in Cranston, Rhode Island and have no means to pay the cost of filing this action.

2.) I have no assets ( or assets of only $ -0- ) and no income ( or income of only $______ per month at my A.C.I. job).

3.) Because of my poverty, I am unable to give security, or to employ an attorney.

4.) I believe I am entitled to redress in this action.

Under penalty of perjury, I declare that the above statements are true and correct.

Respectfully submitted,

Normand Bedford

N. Bedford Pro-Se
P.O. Box 8274
Cranston, RI 02920

CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 21st day of February 2005.

Normand Bedford
Pro-Se

STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

**UNITED STATES DISTRICT CT.**
AFFIDAVIT OF INDIGENCY

STATE OF RHODE ISLAND, et al.
(Respondents)

vs

NORMAND L. BEDFORD
(Petitioner)

CASE NO.: 05 095

## AFFIDAVIT OF INDIGENCY

I, NORMAND L. BEDFORD, the Petitioner, (circle one) in the above case, make affidavit being first sworn and under oath, that after payment of necessary and reasonable expenses for food, shelter, and medical care, I do not have sufficient income or assets to enable me to retain counsel, nor is there anyone to whom I am entitled to look for support who has such income or assets. In support of this affidavit, I refer to and incorporate herein the attached financial statement.

Dated: 2-16-05

Normand L. Bedford

NORMAND L. BEDFORD
Affiant's Name

P.O. BOX 8274
Address

CRANSTON, RI 02920

Signed and sworn to before me this 16th day of February at Cranston, County of Providence.

[illegible]
Notary Public

Commission expires on 9/23/05.

Ordered:

Justice

Entered:

Clerk

Inmate Account History

ID#: 102384

Name: BEDFORD, NORMAN L

Date of birth: 1963-11-01

Location: MED - EMODR - 08T

| Balances as of 11/22/2004: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.00 | -259.97 | 145.51 | -114.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/2/2004 | POSTAGE | CERTIFIED MAIL | 8.00 | 0.83 | 95.40 | 145.26 |
| 3/2/2004 | <POSTAGE> | CERTIFIED MAIL | -0.83 | 0.00 | 94.57 | 145.26 |
| 3/5/2004 | POSTAGE | POSTAGE | 2.44 | 0.00 | 97.01 | 145.26 |
| 3/5/2004 | POSTAGE | CERTIFIED MAIL | 1.75 | 0.00 | 98.76 | 145.26 |
| 3/16/2004 | LEGAL COPY | LEGAL COPIES 2-11 TO 2-25 MED | 12.65 | 0.00 | 111.41 | 145.26 |
| 3/25/2004 | POSTAGE | CERTIFIED MAIL | 4.65 | 0.00 | 116.06 | 145.26 |
| 3/25/2004 | LEGAL COPY | MED LEGAL COPIES 2-25 TO 3-10 | 2.50 | 0.00 | 118.56 | 145.26 |
| 4/8/2004 | LEGAL COPY | LEGAL COPIES 3-10 3-24 | 1.65 | 0.00 | 120.21 | 145.26 |
| 4/16/2004 | LEGAL COPY | LEGAL COPIES MED 3-24 4-7 | 2.55 | 0.00 | 122.76 | 145.26 |
| 5/4/2004 | CASH A TELLER | SHIRLEY SANTOS | 300.00 | 300.00 | 122.76 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-01-26-14. | -2.96 | 297.04 | 119.80 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-02-05-14. | -1.85 | 295.19 | 117.95 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-02-20-11. | -25.95 | 269.24 | 92.00 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-03-16-14. | -12.65 | 256.59 | 79.35 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-03-25-13. | -2.50 | 254.09 | 76.85 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-04-08-11. | -1.65 | 252.44 | 75.20 | 145.26 |
| 5/4/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-04-16-14. | -2.55 | 249.89 | 72.65 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-01-15-13.33. | -8.55 | 241.34 | 64.10 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-01-20-14.36. | -7.90 | 233.44 | 56.20 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-01-20-14.36. | -9.80 | 223.64 | 46.40 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-02-05-10.11. | -9.74 | 213.90 | 36.66 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-02-09-15.19. | -6.25 | 207.65 | 30.41 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-02-19-14.04. | -2.44 | 205.21 | 27.97 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-02-19-14.04. | -3.95 | 201.26 | 24.02 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-02-20-13.06. | -6.03 | 195.23 | 17.99 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-02-20-13.06. | -1.98 | 193.25 | 16.01 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-03-02-12.16. | -7.17 | 186.08 | 8.84 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-03-05-11.35. | -2.44 | 183.64 | 6.40 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-03-05-14.03. | -1.75 | 181.89 | 4.65 | 145.26 |
| 5/4/2004 | <POSTAGE> | Payment for POSTAGE on 2004-03-25-10.47. | -4.65 | 177.24 | 0.00 | 145.26 |
| 5/5/2004 | MEDICAL | MEDS MED 04-05-2004 | 3.00 | 177.24 | 3.00 | 145.26 |
| 5/5/2004 | <MEDICAL> | MEDS MED 04-05-2004 | -3.00 | 174.24 | 0.00 | 145.26 |
| 5/7/2004 | POSTAGE | POSTAGE | 3.85 | 174.24 | 3.85 | 145.26 |

Due to computer posting the 'Balances as of 11/22/2004' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Inmate Account History

ID#: 102384

Name: BEDFORD, NORMAN L

Date of birth: 1963-11-01

Location: MED - EMODR - 08T

Balances as of 11/22/2004:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -259.97 | 145.51 | -114.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/7/2004 | <POSTAGE> | POSTAGE | -3.85 | 170.39 | 0.00 | 145.26 |
| 5/11/2004 | EPR | OID:100299750-ComisaryPurch-Reg | -19.37 | 151.02 | 0.00 | 145.26 |
| 5/12/2004 | LEGAL COPY | LEGAL COPIES FOR MEDIUM | 2.15 | 151.02 | 2.15 | 145.26 |
| 5/12/2004 | <LEGAL COPY> | LEGAL COPIES FOR MEDIUM | -2.15 | 148.87 | 0.00 | 145.26 |
| 5/20/2004 | LEGAL COPY | LEGAL COPIES 4-21-04 5-5-04 | 37.70 | 148.87 | 37.70 | 145.26 |
| 5/20/2004 | <LEGAL COPY> | LEGAL COPIES 4-21-04 5-5-04 | -37.70 | 111.17 | 0.00 | 145.26 |
| ·/25/2004 | EPR | OID:100303815-ComisaryPurch-Reg | -35.20 | 75.97 | 0.00 | 145.26 |
| ./28/2004 | ERF | OID:100303815-ComisaryRefund-Reg | 35.20 | 111.17 | 0.00 | 145.26 |
| 6/8/2004 | EPR | OID:100309094-ComisaryPurch-Reg | -55.01 | 56.16 | 0.00 | 145.26 |
| 6/9/2004 | EPR | OID:100310483-ComisaryPurch-Reg | -38.76 | 17.40 | 0.00 | 145.26 |
| 6/10/2004 | LEGAL COPY | MED LEGAS COPIES 5-19 6-2 | 0.30 | 17.40 | 0.30 | 145.26 |
| 6/10/2004 | <LEGAL COPY> | MED LEGAS COPIES 5-19 6-2 | -0.30 | 17.10 | 0.00 | 145.26 |
| 6/12/2004 | ERF | OID:100309094-ComisaryRefund-Reg | 1.16 | 18.26 | 0.00 | 145.26 |
| 6/17/2004 | POSTAGE | CERTIFIED MAIL | 4.42 | 18.26 | 4.42 | 145.26 |
| 6/17/2004 | <POSTAGE> | CERTIFIED MAIL | -4.42 | 13.84 | 0.00 | 145.26 |
| 6/24/2004 | POSTAGE | POSTAGE | 4.75 | 13.84 | 4.75 | 145.26 |
| 6/24/2004 | <POSTAGE> | POSTAGE | -4.75 | 9.09 | 0.00 | 145.26 |
| 6/24/2004 | POSTAGE | POSTAGE | 4.75 | 9.09 | 4.75 | 145.26 |
| 6/24/2004 | <POSTAGE> | POSTAGE | -4.75 | 4.34 | 0.00 | 145.26 |
| 6/24/2004 | POSTAGE | CERTIFIED MAIL | 8.80 | 4.34 | 8.80 | 145.26 |
| 6/24/2004 | <POSTAGE> | CERTIFIED MAIL | -4.34 | 0.00 | 4.46 | 145.26 |
| 6/29/2004 | POSTAGE | POSTAGE | 2.15 | 0.00 | 6.61 | 145.26 |
| 6/30/2004 | LEGAL COPY | LEGAL COPIES | 63.75 | 0.00 | 70.36 | 145.26 |
| 16/2004 | LEGAL COPY | LEGAL COPIES MED | 10.60 | 0.00 | 80.96 | 145.26 |
| 7/20/2004 | MED COPY | MED COPIES MED | 0.90 | 0.00 | 81.86 | 145.26 |
| 7/21/2004 | POSTAGE | POSTAGE | 4.75 | 0.00 | 86.61 | 145.26 |
| 7/21/2004 | POSTAGE | POSTAGE | 1.52 | 0.00 | 88.13 | 145.26 |
| 7/21/2004 | POSTAGE | POSTAGE | 0.60 | 0.00 | 88.73 | 145.26 |
| 8/10/2004 | CASH A TELLER | SHIRLEY SANTOS | 80.00 | 80.00 | 88.73 | 145.26 |
| 8/10/2004 | <MED COPY> | Payment for MED COPY on 2004-07-20-13.24 | -0.90 | 79.10 | 87.83 | 145.26 |
| 8/10/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-06-30-14. | -39.10 | 40.00 | 48.73 | 145.26 |
| 8/17/2004 | EPR | OID:100332941-ComisaryPurch-Reg | -23.61 | 16.39 | 48.73 | 145.26 |
| 8/19/2004 | LEGAL COPY | LEGAL COPIES 7-14 TO 7-28 | 7.30 | 16.39 | 56.03 | 145.26 |

Due to computer posting the 'Balances as of 11/22/2004' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Inmate Account History

ID#: 102384

Name: BEDFORD, NORMAN L

Date of birth: 1963-11-01

Location: MED - EMODR - 08T

| Balances as of 11/22/2004: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.00 | -259.97 | 145.51 | -114.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/19/2004 | <LEGAL COPY> | LEGAL COPIES 7-14 TO 7-28 | -7.30 | 9.09 | 48.73 | 145.26 |
| 8/27/2004 | LEGAL COPY | LEGAL COPIES MED 7-28 8-11 | 15.40 | 9.09 | 64.13 | 145.26 |
| 8/27/2004 | <LEGAL COPY> | LEGAL COPIES MED 7-28 8-11 | -9.09 | 0.00 | 55.04 | 145.26 |
| 9/3/2004 | CASH A TELLER | SHIRLEY SANTOS | 50.00 | 50.00 | 55.04 | 145.26 |
| 9/3/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-06-30-14. | -24.65 | 25.35 | 30.39 | 145.26 |
| 9/3/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -0.35 | 25.00 | 30.04 | 145.26 |
| 9/3/2004 | LEGAL COPY | LEGAL COPIES 8-11- 8-30 MED | 15.10 | 25.00 | 45.14 | 145.26 |
| 9/3/2004 | <LEGAL COPY> | LEGAL COPIES 8-11- 8-30 MED | -15.10 | 9.90 | 30.04 | 145.26 |
| 9/7/2004 | EPR | OID:100340143-ComisaryPurch-Reg | -9.74 | 0.16 | 30.04 | 145.26 |
| 9/14/2004 | POSTAGE | POSTAGE | 3.95 | 0.16 | 33.99 | 145.26 |
| 9/14/2004 | <POSTAGE> | POSTAGE | -0.16 | 0.00 | 33.83 | 145.26 |
| 9/17/2004 | LEGAL COPY | LEGAL COPIES (MED) 8-30 9-13 | 1.40 | 0.00 | 35.23 | 145.26 |
| 9/29/2004 | POSTAGE | PRIORITY MAIL | 3.85 | 0.00 | 39.08 | 145.26 |
| 9/30/2004 | POSTAGE | POSTAGE | 3.85 | 0.00 | 42.93 | 145.26 |
| 9/30/2004 | POSTAGE | CERTIFIED MAIL | 6.30 | 0.00 | 49.23 | 145.26 |
| 10/13/2004 | LEGAL COPY | LEGAL COPIES 9-14-04 TO 9-27-04 | 151.90 | 0.00 | 201.13 | 145.26 |
| 10/14/2004 | PAYROLL MED | PORTER | 1.00 | 0.75 | 201.13 | 145.51 |
| 10/14/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -0.50 | 0.25 | 200.63 | 145.51 |
| 10/21/2004 | POSTAGE | POSTAGE | 2.67 | 0.25 | 203.30 | 145.51 |
| 10/21/2004 | <POSTAGE> | POSTAGE | -0.25 | 0.00 | 203.05 | 145.51 |
| 10/21/2004 | POSTAGE | POSTAGE | 2.67 | 0.00 | 205.72 | 145.51 |
| 10/28/2004 | LEGAL COPY | LEGAL COPIES MED SEC | 36.40 | 0.00 | 242.12 | 145.51 |
| 11/4/2004 | POSTAGE | POSTAGE | 3.95 | 0.00 | 246.07 | 145.51 |
| 11/4/2004 | POSTAGE | POSTAGE | 3.95 | 0.00 | 250.02 | 145.51 |
| 11/15/2004 | POSTAGE | POSTAGE | 3.95 | 0.00 | 253.97 | 145.51 |
| 11/18/2004 | MEDICAL | VIS MED 11-02-2004 | 6.00 | 0.00 | 259.97 | 145.51 |

Due to computer posting the 'Balances as of 11/22/2004' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Departement of Corrections

Inmate Account History

ID#: 102384

Name: BEDFORD, NORMAN L

Date of birth: 1963-11-01

Location: MED - SEG - 05B

Balances as of 1/6/2005:

| Available | - Debt | - Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -377.52 | 135.51 | -242.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/19/2004 | LEGAL COPY | LEGAL COPIES 7-14 TO 7-28 | 7.30 | 16.39 | 56.03 | 145.26 |
| 8/19/2004 | <LEGAL COPY> | LEGAL COPIES 7-14 TO 7-28 | -7.30 | 9.09 | 48.73 | 145.26 |
| 8/27/2004 | LEGAL COPY | LEGAL COPIES MED 7-28 8-11 | 15.40 | 9.09 | 64.13 | 145.26 |
| 8/27/2004 | <LEGAL COPY> | LEGAL COPIES MED 7-28 8-11 | -9.09 | 0.00 | 55.04 | 145.26 |
| 9/3/2004 | CASH A TELLER | SHIRLEY SANTOS | 50.00 | 50.00 | 55.04 | 145.26 |
| 9/3/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-06-30-14. | -24.65 | 25.35 | 30.39 | 145.26 |
| 9/3/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -0.35 | 25.00 | 30.04 | 145.26 |
| 9/3/2004 | LEGAL COPY | LEGAL COPIES 8-11- 8-30 MED | 15.10 | 25.00 | 45.14 | 145.26 |
| 9/3/2004 | <LEGAL COPY> | LEGAL COPIES 8-11- 8-30 MED | -15.10 | 9.90 | 30.04 | 145.26 |
| 9/7/2004 | EPR | OID:100340143-ComisaryPurch-Reg | -9.74 | 0.16 | 30.04 | 145.26 |
| 9/14/2004 | POSTAGE | POSTAGE | 3.95 | 0.16 | 33.99 | 145.26 |
| 9/14/2004 | <POSTAGE> | POSTAGE | -0.16 | 0.00 | 33.83 | 145.26 |
| 9/17/2004 | LEGAL COPY | LEGAL COPIES (MED) 8-30 9-13 | 1.40 | 0.00 | 35.23 | 145.26 |
| 9/29/2004 | POSTAGE | PRIORITY MAIL | 3.85 | 0.00 | 39.08 | 145.26 |
| 9/30/2004 | POSTAGE | POSTAGE | 3.85 | 0.00 | 42.93 | 145.26 |
| 9/30/2004 | POSTAGE | CERTIFIED MAIL | 6.30 | 0.00 | 49.23 | 145.26 |
| 10/13/2004 | LEGAL COPY | LEGAL COPIES 9-14-04 TO 9-27-04 | 151.90 | 0.00 | 201.13 | 145.26 |
| 10/14/2004 | PAYROLL MED | PORTER | 1.00 | 0.75 | 201.13 | 145.51 |
| 10/14/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -0.50 | 0.25 | 200.63 | 145.51 |
| 10/21/2004 | POSTAGE | POSTAGE | 2.67 | 0.25 | 203.30 | 145.51 |
| 10/21/2004 | <POSTAGE> | POSTAGE | -0.25 | 0.00 | 203.05 | 145.51 |
| 10/21/2004 | POSTAGE | POSTAGE | 2.67 | 0.00 | 205.72 | 145.51 |
| 10/28/2004 | LEGAL COPY | LEGAL COPIES MED SEC | 36.40 | 0.00 | 242.12 | 145.51 |
| 11/4/2004 | POSTAGE | POSTAGE | 3.95 | 0.00 | 246.07 | 145.51 |
| 11/4/2004 | POSTAGE | POSTAGE | 3.95 | 0.00 | 250.02 | 145.51 |
| 11/15/2004 | POSTAGE | POSTAGE | 3.95 | 0.00 | 253.97 | 145.51 |
| 11/18/2004 | MEDICAL | VIS MED 11-02-2004 | 6.00 | 0.00 | 259.97 | 145.51 |
| 11/26/2004 | LEGAL COPY | LEGAN COPIES 10-25 11-8 | 64.40 | 0.00 | 324.37 | 145.51 |
| 12/1/2004 | POSTAGE | LEGAL MAIL | 3.95 | 0.00 | 328.32 | 145.51 |
| 12/1/2004 | POSTAGE | LEGAL MAIL | 3.95 | 0.00 | 332.27 | 145.51 |
| 12/3/2004 | LEGAL COPY | LEGAL COPIES | 10.30 | 0.00 | 342.57 | 145.51 |
| 12/10/2004 | MED COPY | MED COPIES MED | 31.00 | 0.00 | 373.57 | 145.51 |
| 12/13/2004 | | TRANSFER FOR COURT | -5.00 | 5.00 | 373.57 | 140.51 |

Due to computer posting the 'Balances as of 1/6/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Departement of Corrections

Inmate Account History

ID#: 102384

Name: BEDFORD, NORMAN L

Date of birth: 1963-11-01

Location: MED - SEG - 05B

Balances as of 1/6/2005:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -377.52 | 135.51 | -242.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/13/2004 | CHECK TRANSFER | CLERK OF U S FED DIST 102384 N BEDFORD | -5.00 | 0.00 | 373.57 | 140.51 |
| 12/22/2004 | | TRANSFER FOR COURT | -5.00 | 5.00 | 373.57 | 135.51 |
| 12/22/2004 | CHECK TRANSFER | U S FED DIST CT 102384 N BEDFORD | -5.00 | 0.00 | 373.57 | 135.51 |
| 12/22/2004 | POSTAGE | CERTIFIED MAIL | 3.95 | 0.00 | 377.52 | 135.51 |

Due to computer posting the 'Balances as of 1/6/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.