# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. [redacted] 05 095

STATE OF RHODE ISLAND

## PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby, moves this Honorable U.S. District Court for issuance of an "Order to the State" to "Show Cause" why Petitioner's instant Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. Section 2254, with exhibits A-I, and associated and attached Affidavit, should not be granted with prejudice, ordering the immediate release of the Petitioner from State custody, on the grounds set forth in both Petition and Affidavit, whereby, factual allegations of [malicious prosecution and abuse of Process] in violation of Federal Law, 42 U.S.C. Sections 1983 and Sec. 7:56 are clearly evident, thus Precluding the

3

Petitioner from obtaining due process of law and state corrective process, pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States Constitution, without undue prejudice.

Therefore, for the reasons set forth in this "Motion for Order to Show Cause", as well as those set forth in the accompanying Affidavit in Support hereof, and in Support of Petitioners instant Petition for Writ of Habeas Corpus, it is hereby, prayed that this motion be granted.

Dated: 2-21-05

Respectfully submitted
Normand Bedford
Normand Bedford
P.O. Box 8274
Cranston RI 02920

Certification

I hereby certify that a true copy of the within Motion for Order to Show Cause was mailed, Postage Prepaid to: RI Attorney Generals Office, Mr. Aaron L. Weisman Esq., 150 South Main Street Providence RI 02903 this 21st day of February 2005.

Normand Bedford