**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05- 095 L**

**ASHBEL T. WALL,** et al.

**Memorandum and Order**

Normand Bedford, *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is the motion of the petitioner for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of the motion and of Bedford's trust account statement, said motion is **DENIED.** Petitioner has paid the initial fee and no other fees are due.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
March 14, 2005

4

SCANNED