**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

v. **C.A. No. 05 - 095 L**

**A.T. WALL**, Director of the
Rhode Island Department of Corrections

**ORDER**

The above entitled action was filed by Normand Bedford, *pro se*, as a petition for a writ of habeas corpus, apparently pursuant to 28 U.S.C. § 2254. In the instant application, Bedford apparently seeks to overturn a state supreme court order denying his "Omnibus Motion to Stay Appeal, Remand the papers to the Providence Superior Court...." See Petition for Writ of Habeas Corpus, at 1 (Docket # 1). It is hereby **ORDERED:**

**1.** The Attorney General of the State of Rhode Island is designated a party respondent to the instant application;

**2.** Normand Bedford is hereby **ORDERED to SHOW CAUSE, in writing within 14 days,** why the instant petition should not be dismissed for a failure to exhaust; and

**3.** The Attorney General shall provide a Response to Bedford's petition and his response to the Order to Show Cause.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 29, 2005

5