**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-095L** |
| | : | |
| **ASHBEL T. WALL, Director,** | : | |
| **Department of Corrections** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS**

Now comes the State of Rhode Island, by and through its attorneys, and hereby moves, for the reasons expressed in the accompanying supporting *Memorandum*, to dismiss the Petitioner's above-captioned petition for writ of habeas corpus.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN #4438**
**Department of Attorney General**
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

I hereby certify that on the 22nd day of April, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

7

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**SUPREME COURT**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| | : | |
| **v.** | : | **No. 2003-30 C.A.** |
| | : | |
| **NORMAND BEDFORD** | : | |

# STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION TO STAY APPEAL

Appellant has filed a motion to stay his appeal, remand the file to Providence Superior Court, and issue an order to appoint appellant counsel to correct illegal sentence. In support of this motion, appellant points to perceived flaws with his prior attorneys in their handling of his trial and his first motion for new trial in 1998, in addition to "foul play" on the Court's part.[1] However, these issues are more appropriately addressed in defendant's pending criminal appeal of his 1998 conviction for first-degree child molestation or in a claim for ineffective assistance of counsel. Furthermore, per a June 29, 2004 Order of this Court, defendant's appellate brief is due on July 30, 2004. (*See* Order, Attached Hereto As Exhibit B). That appeal is the proper vehicle through which to examine the substantive issues relating to the denial of Bedford's motion for a new trial.

Wherefore, the State respectfully requests that appellant's motion to stay his appeal and remand the matter to Superior Court be denied.

---

[1] Since the denial of his first motion for a new trial on July 10, 1998, defendant has filed subsequent motions for new trials which were denied on June 13, 1002 and December 10, 2002. (*See* Criminal Docket Sheet Report, Attached Hereto as Exhibit A).

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 8th day of July, 2004, I placed a copy of the within document in the U.S. mail, postage prepaid, to Normand Bedford, Pro-Se, P.O. Box 8274, Cranston, RI 02920.

**Supreme Court**
No. 03-30-C.A.

State of Rhode Island :

v. :

Norman Bedford :

**ORDER**

The defendant's motion for appointment of counsel is granted, and Michael Devlin is appointed to represent defendant in the further prosecution of his appeal. Defendant is advised that no further attorneys will be appointed for him in this appeal. If defendant is unwilling to cooperate with his counsel or seeks to discharge counsel, he will be required thereafter to proceed on appeal *pro se*.

Entered as an Order of this Court this ***28th*** day of ***March 2003.***

By Order,

Clerk

DOCKET EVENT LISTING

TITLE: STATEOF RHODE ISLAND V NORMAN BEDFORD FILE NO: 20030030
APPEAL DATE: 12-23-2002 DOCKET NO.: 2003 30 DOCKET DATE: 01-16-2003
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1-97-1715A ADD'L CASE NO.:

| | | | |
|---|---|---|---|
| BEDFORD, NORMAN | DEF | BEDFORD, NORMAND | PRI |
| STATE OF R.I. | BPL | Ryan, Stephen J | AGS |
| | | Weisman, Aaron L | AGS |

| DATE | ACTION | OUTCOME | DATE | STAGE |
|---|---|---|---|---|
| 01-16-2003 | DEFEND. MOTION FOR BAIL<br>Goldberg, Maureen McKenna Hon | | | BEFORE FIRST B |
| 01-16-2003 | PAPERS AND TRANSCRIPT FILED. | | | |
| 01-16-2003 | LETTER WAIVER PRE-BRIEF | | | |
| 01-29-2003 | EXHIBITS FILED. | | | |
| 01-31-2003 | OBJECTION TO MOTION FILED | | | |
| 02-10-2003 | DEFENDANTS MOTION TO EXTEND.<br>RESPOND TO STATE | GRANTED | 05-03-2003 | |
| 03-03-2003 | LETTER FILED.<br>FROM CLERK TO DEF WHETHER OR NOT HE'S GOING TO REPERSENT HIMSELF | | | |
| 03-10-2003 | MOTION TO APPOINT COUNSEL | | | |
| 03-21-2003 | TRANSCRIPT FILED.<br>COPY SENT TO DEFT. | | | |
| 03-28-2003 | ORDER MOTION APPOINT COUNSEL<br>ATT. DEVLIN | GRANTED | | |
| 04-01-2003 | LETTER FILED. | | | |
| 04-07-2003 | MOTION FILED IS<br>PRO-SE MOTION FILED FOR SUMM. DISPO./ORDER FOR TRANSCRIPT. | | | |
| 05-20-2003 | LETTER FILED.<br>REQUEST FOR DOCKET SHEET MAILED TO DEF. PER REQUEST. | | | |
| 07-08-2003 | ORDER MOTION APPOINT COUNSEL<br>RICHARD CORLEY ESQ. APPOINTED. | GRANTED | | |
| 07-11-2003 | TRANSCRIPT WITHDRAWN | | | |
| 08-18-2003 | LETTER FILED | | | |
| 10-29-2003 | LETTER FILED. | | | |
| 11-21-2003 | APPEARANCE FOR DEFENDANT<br>Corley, Richard K. | | | |
| 12-15-2003 | LETTER FILED | | | |
| 01-27-2004 | MOTION TO W/DRAW APPEARANCE | | | |
| 01-30-2004 | TRANSCRIPT FILED. | | | |
| 02-02-2004 | MOTION FOR RECONSIDERATION | | | |
| 02-02-2004 | MEMORANDUM FILED | | | |
| 02-13-2004 | NOTICE OF BRIEFS MAILED.<br>DEFT. DUE BY 3-26-04. COPIES OF TRANSCRIPTS SENT TO MR. BEDFORD. W/ ORDER. | | | |
| 02-13-2004 | ORDER MOTION TO RECONSIDER IS | DENIED | | |
| 02-13-2004 | ORDER MOTION TO W/DRAW APPEAR. | GRANTED | | |
| 02-19-2004 | TRANSCRIPT RETURNED | | | |
| 02-23-2004 | LETTER FILED | | | |
| 03-01-2004 | MOTION TO APPOINT COUNSEL<br>TO RECONSIDER. | | | |
| 03-02-2004 | MOTION FOR COUNSEL FEE FILED. | | | |

RHODE ISLAND JU[illegible]CIAL SYSTEMS AND SCIENCES DATE 08/13/2004
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATEOF RHODE ISLAND V NORMAN BEDFORD FILE NO: 20030030
APPEAL DATE: 12-23-2002 DOCKET NO.: 2003 30 DOCKET DATE: 01-16-2003
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1-97-1715A ADD'L CASE NO.:

03-18-2004 ORDER MOTION TO RECONSIDER IS DENIED
DEFT IS TO PROCEED PRO-SE
03-18-2004 ORDER MOTION FOR COUNSEL FEE GRANTED
$ 1,555.00 TO RICHARD K. CORLEY ESQ.
03-22-2004 MOTION FOR RECONSIDERATION
OF APPOINTMENT OF COUNSEL.
03-23-2004 DEFENDANTS MOTION TO EXTEND.
04-20-2004 DEFENDANTS MOTION TO EXTEND. GRANTED 06-20-2004
04-20-2004 MAILED TO ATTORNEYS
06-14-2004 LETTER FILED
06-17-2004 LETTER FILED
DOCKET SHEET SENT.
06-24-2004 LETTER FILED
06-24-2004 DEFEND. MOTION TO STAY FILED.
Goldberg,Maureen McKenna Hon
06-24-2004 MEMORANDUM FILED
06-24-2004 MOTION TO APPOINT COUNSEL
06-29-2004 DEFENDANTS MOTION TO EXTEND. GRANTED 07-30-2004
06-29-2004 MAILED TO ATTORNEYS
07-08-2004 OBJECTION TO MOTION FILED
08-02-2004 LETTER FILED
W EXHIBITS

**Supreme Court**
No. 03-30-C.A.

State of Rhode Island :

v. :

Norman Bedford :

**ORDER**

The defendant's motion for appointment of counsel is granted, and Michael Devlin is appointed to represent defendant in the further prosecution of his appeal. Defendant is advised that no further attorneys will be appointed for him in this appeal. If defendant is unwilling to cooperate with his counsel or seeks to discharge counsel, he will be required thereafter to proceed on appeal *pro se*.

Entered as an Order of this Court this ***28th*** day of ***March 2003.***

By Order,

Clerk

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPREME COURT

STATE OF RHODE ISLAND

VS.

03-30 C.A.

NORMAND BEDFORD

**APPOINTED COUNSEL'S MOTION TO WITHDRAW**

Richard K. Corley was appointed by this Court to represent Normand Bedford in his pending appeal on July 8, 2003. Shortly thereafter on July 11, 2003 Attorney Corley reviewed the Supreme Court records and withdrew the trial transcripts. There are approximately eight (8) separate volumes of transcripts covering the trial, first Motion for New Trial, sentencing and second Motion for New Trial following a remand from this Court. The remaining case file is filled with pro se motions filed by the Appellant throughout the course of his prosecution. Attorney Corley is the twelfth appointed counsel to represent the Appellant in this matter. Attached to this Motion is a historical summary of the previous attorneys that have represented Normand Bedford.

Due to his trial schedule, appointed counsel could not review the transcripts or the voluminous pro se filings and exhibits until the Fall of 2003. At that time Counsel met with the Appellant in order to review the status of the case. Appellant requested counsel to order further transcripts of the problems incurred by Appellant in having counsel appointed to him to pursue his post-trial representation. The Appellant had discharged his trial attorney immediately prior to closing arguments. Even though the Superior

Court had approved his request to have counsel appointed for the initial Motion for New Trial and sentencing, as a result of disputes that occurred between the Appellant, the Court and appointed counsel, Normand Bedford was forced to proceed pro se on his Motion for New Trial and sentencing. His appeal was further delayed when the Appellant filed a Motion for New Trial based upon newly discovered evidence.

During the meetings at the ACI between appointed counsel and the Appellant, the Appellant demanded that a Motion for Bail be the first matter to be pursued in the Supreme Court. Appointed Counsel attempted to explain the difficulties to the Appellant of proceeding on a bail motion prior to any research relating to the issues, which could form the basis for the appeal. Counsel attempted to explain the complexities and the amount of work involved in reviewing the case record as well as the numerous transcripts. As counsel was in the midst of his preparation of reviewing the various exhibits filed by the Appellant and in the process of ordering and receiving the additional transcripts requested by the Appellant, the Attorney/Client relationship rapidly deteriorated.

On January 12, 2004 the Appellant drafted and sent a disciplinary complaint against Attorney Richard K. Corley to David Curtin, Chief Disciplinary Counsel. The complaint was received and time dated as logged by Disciplinary Counsel on January 16, 2004. <u>See Attached Complaint</u> Within the Disciplinary Complaint the Appellant has accused Attorney Richard K. Corley as having "participated in a broad conspiracy to obstruct justice and deprive complainant of State corrective process". <u>See Disciplinary Complaint at Page 3</u> Throughout the balance of the next nine (9) pages of the

Disciplinary Complaint he accuses Attorney Richard K. Corley of having violated several ethical violations as an attorney.

The Appellant has requested that Disciplinary Counsel and the Rhode Island Supreme Court to administer appropriate disciplinary measures against Attorney Richard K. Corley. The basis for the requested disciplinary measures are that Attorney Corley is guilty of "committing criminal acts such as obstruction of justice, deceptive practice, and mishandling of client's cases, all of which Attorney Richard Corley has done in causing irreparable harm to his client this complainant." See Disciplinary Complaint at Page 9

As a result of the Disciplinary Complaint filed against Attorney Corley, it is apparent that further representation is impossible. As a result of the allegations made by the Appellant, Attorney Corley has been accused of a criminal conspiracy as well as a violation of the Code of Professional Responsibility. Both of these allegations could jeopardize his license to practice law. Additionally a criminal complaint would deprive him of his liberty as well as deprive him of his ability to continue as a practicing attorney. Appellant's allegations have caused an adversarial relationship between the Appellant and appointed counsel. As a result of the above, Attorney Corley believes that he has a conflict of interest in protecting his own interest against the allegations asserted by the Appellant.

Accordingly, Attorney Richard K. Corley moves to withdraw as appointed counsel for Normand Bedford.

Respectfully Submitted,

Richard K. Corley

Richard K. Corley, Esq.
Bar No. 2965
200 South Main Street
Providence, RI 02903
401/861-2100

## CERTIFICATION

I hereby certify that I did mail a true and correct copy of the above-entitled Motion to Aaron Weisman, Assistant Attorney General, Appellate Division, 150 South Main Street, Providence, RI 02903 and Normand Bedford, ACI, Minimum Security, P.O. Box 8212, Cranston, RI 02920 on this 27th day of January, 2004.

Pamela A. Belcher

Pamela A. Belcher

## EXHIBIT A

Normand Bedford's History of Prior Representation by Counsel

A review of the Providence Superior Court case file as well as the Rhode Island Supreme Court case file reveals the following as the history of counsel appointed to represent Normand Bedford.

- June 5, 1997 Dale Anderson – Public Defender Entry of Appearance
- December 30, 1997 Motion to Withdraw
- January 27, 1998 Robert Marro – Public Defender Entry of Appearance
- Unknown Date Public Defender Allowed to Withdraw
- March 31, 1998 Mark Dana – Entry of Appearance
- Mark Dana represented Defendant through trial until immediately preceding closing arguments.
- Following guilty verdict Court attempted to appoint Attorney Neil Steingold who never entered appearance and declined the appointment on July 10th, which was the date of sentencing.
- August 3, 1998 Mark Smith was offered appointment but declined to enter.
- November 8, 1998 Susan Iannittelli was appointed.
- November 24, 1998 Susan Iannittelli – Entered Appearance
- February 24, 1998 Susan Iannittelli filed Motion to Withdraw
- March 10, 1999 Paula Rosin – Public Defender Entered Appearance
- April 19, 1999 Motion to Release Counsel Filed
- November 7, 1999 Steven Morrisey – Entered Appearance
- February 11, 2000 Motion to Withdraw Filed

- April 2, 2000 Motion to Withdraw Granted

- September 23, 2002 Damon D'Ambrosio was appointed to represent on Motion for New Trial.

- December 3, 2002 Motion to Withdraw Granted

- March 28, 2003 Michel Devlin was appointed by the Supreme Court. He eventually declined representation.

- March 28, 2003 Supreme Court enters Order appointing counsel request Michael Devlin to represent Defendant. Court orders, "If Defendant is unwilling to cooperate with his counsel or seeks to discharge counsel, he will be required thereafter to proceed on appeal pro se."

- Michael Devlin declines appointment.

- July 8, 2003 Richard K. Corley appointed by Supreme Court to represent Appellant.

- July 11, 2003 Richard K. Corley enters appearance in the Supreme Court and withdraws transcripts.

- January 16, 2004 Normand Bedford files disciplinary complaint against Attorney Richard K. Corley.

**Supreme Court**
No. 03-30-C.A.

State of Rhode Island :

v. :

Norman Bedford :

**ORDER**

Defendant's motion for reconsideration of bail pending appeal is denied.

The motion of Richard K. Corley to withdraw as defendant's counsel is granted. In accordance with our Order of March 28, 2003, defendant shall hereafter proceed on appeal *pro se*. Defendant's brief shall be filed on or before ***March 26, 2004***.

Entered as an Order of this Court this 13th day of ***February 2004.***

By Order,

Michael [signature]
Clerk

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

August 4, 2004

Mr. Normand Bedford
P.O. Box 8274
Cranston, RI 02920-0274

Re: Transcript proceedings in P1/97-1715A

Dear Mr. Bedford,

In follow up to my previous, July 8, 2004, letter to you regarding the above referenced matter, we have now confirmed, after checking with both the stenographer for Mr. Justice Pfeiffer and the stenographer for Mr. Justice Clifton, both of the Rhode Island Superior Court, that there in fact appears to have been no June 25, 1998 transcribed hearing of the above referenced proceeding. If you have any further questions relative to this matter, please feel free to contact me by letter.

Thank you for your attention.

Sincerely,

Aaron L. Weisman
Assistant Attorney General
Chief, Appellate Unit

ALW/raa

Cc: Ronald Tutalo, Administrative Assistant
To The Chief Justice, Supreme Court Of Rhode Island

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

July 8, 2004

Mr. Normand Bedford
P.O. Box 8274
Cranston, RI 02920-0274

Re: Transcript proceedings in P1/97-1715A

Dear Mr. Bedford:

Enclosed please find a transcript of the June 16, 1998 proceedings in P1/97-1715A, before Mr. Justice Pfeiffer. We have so far been unable to additionally locate a June 25, 1998 transcript of a hearing in State of Rhode Island v Norman Bedford, No. P1/97-1715A. We are currently making a further effort to determine whether there was in fact a hearing in your case on June 25, 1998. When we have a definitive answer, which we expect to receive within the very near future, I will immediately notify you.

Thank you for your attention.

Sincerely,

Aaron L. Weisman
Assistant Attorney General
Chief, Appellate Unit

ALW/raa

Enclosure

Cc: Ronald Tutalo, Administrative Assistant
To The Chief Justice, Supreme Court Of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-095L** |
| | : | |
| **ASHBEL T. WALL, Director,** | : | |
| **Department of Corrections** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS**

By order of March 29, 2005, Senior United States Magistrate Judge Jacob Hagopian designated the Attorney General of the State of Rhode Island a party respondent to the petition for writ of habeas corpus filed by Norman Bedford, and ordered the Attorney General to respond to such petition as well as the Memorandum to be filed by Petitioner in support of his contention that his 28 U.S.C. § 2254 action should not be dismissed on failure to exhaust grounds. (*Please see* the March 29, 2005 *Order* in C.A. No. 05-095L.) In the paragraphs that follow, the Rhode Island Attorney General, by and through its attorneys, offers its response to the Petition and to Petitioner's Show-Cause Memorandum, and respectfully asks that the above-captioned Petition be dismissed for Petitioner's failure to exhaust his state remedies.

Petitioner was convicted by a Providence County Superior Court Jury in May of 1998 of one count of first degree child sexual molestation (G.L. 1956 (1994 Reenactment) § 11-37-8.1) and one count of second degree child sexual molestation (G.L. 1956 (1994 Reenactment) § 11-37-8.3), and sentenced to a forty-year term of

incarceration, twenty of those years to serve, the balance suspended for a twenty-year probationary period. (*See* attached *Criminal Docket Sheet Report* for P1-1997-1715A.) He subsequently filed a number of post-trial motions in the Superior Court (*id.*), and, though his appeal of conviction is docketed in the Rhode Island Supreme Court (*see* the attached *Docket Listing Events* in Rhode Island Supreme Court case Number 2003-030), Petitioner has yet to file his brief in that matter (*id.*).

Petitioner seems to contend, in his *Memorandum In Support of Petition for Writ of Habeas Corpus* at 1-2, that there were Sixth Amendment Violations which infected his Rhode Island Superior Court judgments of conviction. The State would respectfully suggest that all Petitioner need do to test these Sixth Amendment contentions is submit his brief in the Rhode Island Supreme Court. Neither Petitioner's allegations with respect to the State's "deliberate" withholding of "relevant" "exhibits" (*Petitioner's Memorandum to Show Cause* at 11), nor his allegations with respect to the "repeated abuse of process and misfilings of the Rhode Island Supreme Court" (*id.* at 13) – allegations which the State can barely comprehend let alone sees any substance to – should excuse Petitioner from at least presenting, in the first instance, to the Rhode Island Supreme Court his Sixth Amendment Claims. If, as Petitioner's submissions would appear to presume, the Rhode Island Supreme Court would reject his Sixth Amendment contentions, he might then be in a position to bring such contentions to the attention of this Court by way of a 28 U.S.C. §2254 application.[1]

---

[1] The State would note that inasmuch as Petitioner, in his instant 28 U.S.C. § 2254 petition, appears to further take issue with the Rhode Island Supreme Court's view as to the appropriate procedure Petitioner should follow to challenge his Superior Court sentence – Petitioner believing that, as the "appropriate procedure for challenging an improperly or an illegally imposed sentence is to seek revision of the sentence initially in

Federal habeas corpus relief, of course, is not available to petitioner unless he has first exhausted the remedies available to him in the Rhode Island Courts, or unless "there is [either] an absence of available State corrective process *** or [the existence of] circumstances *** that render such process ineffective to protect [his] rights[,]" 28 U.S.C. § 2254[2]. *See* O'Sullivan v. Boerckel, 526 U.S. 838, 842, 119 S.Ct. 1728, 1731

---

the Superior Court" (*Please see* Petitioner's *Memorandum In Support of Petition for Writ of Habeas Corpus* at 11 (internal quotation omitted)), the Rhode Island Supreme Court should not have denied his *Omnibus Motion to Stay Appeal and Remand*) (*Please see* Petitioner's *Memorandum In Support of Petition for Writ of Habeas Corpus* at 10-12) – the Rhode Island Supreme Court is the final arbiter of state procedural practice. (*See generally,* Israfil v. Russell, 276 F.3d 768, 771 (6th Cir. 2001)("Principles of comity require federal courts to defer to a state's judgment on issues of state law and, more particularly, on issues of state procedural law").) Petitioner, again, would be advised to simply make his Sixth Amendment contentions (respecting the alleged infirmity of the Superior Court's sentencing) in the Rhode Island Supreme Court, so as to allow that Court to issue a determination with respect to such contentions.

[2] As amended by the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214, effective April 24, 1996, 28 U.S.C. § 2254 now states in relevant part:

> "(b)(1) An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that –
>
> (A) the applicant has exhausted the remedies available in the courts of the State; or
>
> (B) (i) there is an absence of available State corrective process; or
>
> (ii) circumstances exist that render such process ineffective to protect the rights of the applicant.
>
> (2) An application for a writ of habeas corpus may be denied on the merits, notwithstanding the failure of the applicant to exhaust the remedies in the courts of the State.
>
> .. . ..
>
> (c) An applicant shall not be deemed to have exhausted the remedies available in the courts of the State, within the meaning of this section, if he has the right under the law of the State to raise, by any available procedure, the question presented."

(1999). Because both the *Criminal Docket Sheet Report* for P1-1997-1715A as well as the *Docket Listing Events* in Rhode Island Supreme Court case Number 2003-030 would seem to indicate that much of the delay in the Supreme Court's review of Petitioner's conviction is attributable to Petitioner's seeming inability to work with any of the number of attorneys appointed, in the both the Superior and Supreme Courts, to work with him (*see e.g.* the attached March 28, 2003 *Order* in R.I. Supreme Court C.A. No. 03-030 ("*** Michael Devlin is appointed to represent defendant in further prosecution of his appeal. Defendant is advised that no further attorneys will be appointed for him in this appeal. If defendant is unwilling to cooperate with his counsel or seeks to discharge counsel, he will be required thereafter to proceed on appeal *pro se.*"), the February 13, 2004 *Order* in R.I. Supreme Court C.A. No. 03-030 ("The motion of Richard K. Corley to withdraw as defendant's counsel is granted. In accordance with our Order of March 28, 2003, defendant shall hereafter proceed on appeal *pro se.* Defendant's brief shall be filed on or before ***March 26, 2004.***")(bolded emphasis in original), and the attached January 27, 2004 *Appointed Counsel's Motion to Withdraw* filed by Attorney Richard K. Corley in R.I. Supreme Court C.A. No. 03-030 (asserting, at page 1, that "Attorney Corley is the twelfth appointed counsel to represent the Appellant in this matter.")), the problem is not that there "is an absence of available State corrective process" (28 U.S.C. § 2254(b)), or that "circumstances exist that render such process ineffective to protect the rights of the applicant" (*id.*), but, much more simply, that Petitioner has failed to properly utilize the available state "corrective process" to have his appeal of conviction determined. Indeed, according to the *Docket Listing Events* in Rhode Island Supreme

Court case Number 2003-030, Petitioner was due to have filed his "brief *** on or before July 30, 2004" (*see* the attached June 29, 2004 *Order* in R.I. Supreme Court C.A. No. 03-030). The State would respectfully suggest, as it has before, that all Petitioner need do to invoke and begin the "available State corrective process" (28 U.S.C. § 2254(b)), is to simply file in the Rhode Island Supreme Court the brief that is well passed due.

For this reason, the State would respectfully suggest that Petitioner's application for a writ of habeas corpus, as it raises issues that should properly be determined in the first instance by the Rhode Island Supreme Court, should be dismissed on lack of exhaustion grounds.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN #4438**
**Department of Attorney General**
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

I hereby certify that on the 22nd day of April, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

# Criminal Docket Sheet Report



**Case ID:** P1-1997-1715A **Description:** NORMAN L BEDFORD
**Filing Date:** 03-JAN-1997
**Original Case ID:** 40809670795
629700240

**Defendant Name:** NORMAN L BEDFORD **Police Dept:** PAWTUCKET POLICE DEPARTMENT
**BCI#:** 09700074 **Date of Birth:** 01-NOV-1963 **Incarcerated:**

**Address:** 51 LAKEVIEW AVE

PAWTUCKET RI

**PRIVATE ATTORNEY:** DAMON D'AMBROSIO
**PROSECUTOR:** STEPHEN J RYAN

## Charge Information

**Count:** 1 11370081 **1ST DEGREE CHILD MOLESTATION**

**Offense Date:** 27-DEC-1996

**Charge Text:**

**Disposition:** FOUND GUILTY BY JURY

**Sentence:** FULL SENTENCE
**Term:** 40 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 20 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** SUSPENDED
**Term:** 20 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** PROBATION
**Term:** 20 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:** TO COMENC ON RELEASE

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:** TO COMENC ON RELEASE; Amount: $300.00

## Charge Information

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:** TO COMENC ON RELEASE; Amount: $600.00

**Sentence:** NO CONTACT WITH VICTIM
**Term:** 0 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:** SEX OFFENDER PROGRAM

**Count:** 2 11370083 **2ND DEGREE CHILD MOLESTATION**
**Offense Date:** 27-DEC-1996
**Charge Text:**
**Disposition:** FOUND GUILTY BY JURY

**Sentence:** FULL SENTENCE
**Term:** 20 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:** CONCURR W/EACH COUNT

**Sentence:** SUSPENDED
**Term:** 10 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** PROBATION
**Term:** 10 Years
**Start:** 10-JUL-1998
**Judge:** JUDGE CLIFTON
**Text:** TO COMENC ON RELEASE

# Criminal Docket Sheet Report



## Charge Information

**Count:** 3 11370081 **1ST DEGREE CHILD MOLESTATION**

**Offense Date:** 27-DEC-1996

**Charge Text:**

**Disposition:** DISMISSED 48A

**Count:** 4 1229004A **VIOLATION NO CONTACT ORDER**

**Offense Date:** 27-DEC-1996

**Charge Text:**

**Disposition:** DISMISSED 48A

**Count:** 101 11370081 **1ST DEGREE CHILD MOLESTATION**

**Offense Date:** 27-DEC-1996

**Charge Text:**

**Disposition:** TRUE BILL SIGNED

**Count:** 102 11370083 **2ND DEGREE CHILD MOLESTATION**

**Offense Date:** 27-DEC-1996

**Charge Text:**

**Disposition:** TRUE BILL SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## Bail Information

| | | |
|---|---|---|
| 03-JAN-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: B.C. PRATT; Date Modified: 31-JAN-97 |
| 31-JAN-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Count: 001; Judge/Bail: ERICKSON |
| 28-MAY-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 09-JUL-2002 | MOTION TO APPOINT ATTORNEY | P | GALE, JUDGE |
| 10-SEP-2002 | MOTIONS | P | CLIFTON, JUDGE |
| 10-DEC-2002 | MOTION TO WITHDRAW | P | PROCACCINI, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 03-JAN-1997 | **FELONY INITIAL APPEARANCE** | BAIL COMMISSIONER, PRATT |
| | EVENT ACTION COMPLETED | |
| | DEFT REFERRED PUBLIC DEFENDER | |
| | NO CONTACT ORDER | |
| 05-JAN-1997 | **STATE'S MOTION** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| 06-JAN-1997 | **BAIL REVIEW** | PIRRAGLIA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE AFTER HEARING, BAIL REMAINS THE SAME, HWOB | |
| 17-JAN-1997 | **BAIL HEARING** | ERICKSON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | NO CONTACT ORDER | |
| | DOCKET NOTE ART.1,SEC.9--SATISFIED-H/W/O/B | |
| 28-MAY-1997 | **ARRAIGNMENT** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | REMANDED TO THE ACI | |
| | NO CONTACT ORDER | |
| 07-AUG-1997 | **MOTION TO PRODUCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| | REMANDED TO THE ACI | |
| 26-AUG-1997 | **MOTION TO PRODUCE** | DIMITRI, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER TO ENTER | |
| 28-AUG-1997 | **PRE-TRIAL CONFERENCE** | CRESTO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 25-SEP-1997 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 02-OCT-1997 | **MOTION TO SET BAIL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 09-OCT-1997 | **MOTION TO SET BAIL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 09-OCT-1997 | **PRE-TRIAL CONFERENCE** | GAGNON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

**Events**

| Date | Event | Judge |
|---|---|---|
| 23-OCT-1997 | **MOTION TO SET BAIL**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | PFEIFFER, JUDGE |
| 23-OCT-1997 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL EXCUSED FROM COURT | GAGNON, JUDGE |
| 23-OCT-1997 | **TRIAL**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL EXCUSED FROM COURT | GAGNON, JUDGE |
| 30-OCT-1997 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL EXCUSED FROM COURT<br>EVENT REASON Defense | GAGNON, JUDGE |
| 03-NOV-1997 | **MOT SUBPOENA DUCES TECUM**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | PFEIFFER, JUDGE |
| 04-NOV-1997 | **MOT SUBPOENA DUCES TECUM**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | PFEIFFER, JUDGE |
| 06-NOV-1997 | **MOTION TO SET BAIL**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | PFEIFFER, JUDGE |
| 10-NOV-1997 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION COMPLETED<br>EVENT REASON CASE PASSED FOR TRIAL | GAGNON, JUDGE |
| 12-NOV-1997 | **MOT SUBPOENA DUCES TECUM**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 13-NOV-1997 | **MOTION TO SET BAIL**<br>EVENT ACTION PASSED<br>EVENT REASON MOTION WITHDRAWN<br>REMANDED TO THE ACI | PFEIFFER, JUDGE |
| 19-NOV-1997 | **MOT SUBPOENA DUCES TECUM**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | PFEIFFER, JUDGE |
| 24-NOV-1997 | **MOT SUBPOENA DUCES TECUM**<br>EVENT ACTION PASSED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | PFEIFFER, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 24-DEC-1997 | **MOTION TO WITHDRAW** | VOGEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| | REMANDED TO THE ACI | |
| 05-JAN-1998 | **MOTION TO WITHDRAW** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| 06-JAN-1998 | **MOTION TO WITHDRAW** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | DOCKET NOTE MOTION HEARD ON 01-05-98 | |
| 12-JAN-1998 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 20-JAN-1998 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REPRESENTATION PROBLEM | |
| 23-JAN-1998 | **MOTION TO PRODUCE** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER TO ENTER | |
| 27-JAN-1998 | **CONTROL DATE** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 27-JAN-1998 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 28-JAN-1998 | **MOTION TO REDUCE BAIL** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 28-JAN-1998 | **MOTION TO PRODUCE** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 19-FEB-1998 | **MOT SUBPOENA DUCES TECUM** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER TO ENTER | |
| 19-FEB-1998 | **MOTION TO QUASH** | PFEIFFER, JUDGE |
| | EVENT ACTION DENIED | |
| | EVENT REASON ORDER TO ENTER | |
| 23-FEB-1998 | **MOTION TO SET BAIL** | PFEIFFER, JUDGE |
| | EVENT ACTION DENIED | |
| 27-MAR-1998 | **MOTIONS** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 30-MAR-1998 | **MOTION TO WITHDRAW** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |

# Criminal Docket Sheet Report

P1-1997-1715A

## Events

| Date | Event | Judge |
|---|---|---|
| 06-APR-1998 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 05-MAY-1998 | **MOTION** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| | EVENT REASON Defense | |
| 06-MAY-1998 | **MOTION TO SET BAIL** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON MOTION WITHDRAWN | |
| 19-MAY-1998 | **MOTION FOR BILL OF PARTICULARS** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| 19-MAY-1998 | **MOTION IN LIMINE** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE STATES MOTION | |
| 19-MAY-1998 | **MOTION** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE DEF MOT IN LIMINE GRANTED IN PART & DENIED IN PART | |
| 19-MAY-1998 | **MOTION TO SEQUESTER JURY** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| 19-MAY-1998 | **MOTION TO SEVER** | CLIFTON, JUDGE |
| | EVENT ACTION PASSED | |
| | DOCKET NOTE COUNTS 3 AND 4 DISMISSED 48 A | |
| 19-MAY-1998 | **START OF TRIAL** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | CASE OPENS TO JURY/TRIAL PROCD | |
| 21-MAY-1998 | **MOTION TO APPOINT ATTORNEY** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE CT APPTS M DANA AS STAND BY COUNSEL | |
| 21-MAY-1998 | **MOT FOR JUDGMENT OF AQUITTAL** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| 21-MAY-1998 | **MOTION** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE TO PASS CASE | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 22-MAY-1998 | **END OF TRIAL** | CLIFTON, JUDGE |
| | EVENT ACTION DISPOSED<br>CASE DISPOSED<br>EVENT REASON JURY RETURNS VERDICT<br>TRIAL PROCEEDS AND CONCLUDES<br>EXHIBITS FILED W/CLERKS OFFICE<br>CONTINUES TO BE HELD W/O BAIL<br>NO CONTACT ORDER | |
| 05-JUN-1998 | **MOTION FOR NEW TRIAL** | CLIFTON, JUDGE |
| | EVENT ACTION PASSED<br>EVENT REASON BY ORDER OF THE COURT<br>DOCKET NOTE COURT ON TRIAL | |
| 09-JUN-1998 | **MOTION TO APPOINT ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| 09-JUN-1998 | **MOTION TO RESTORE** | PFEIFFER, JUDGE |
| | EVENT ACTION PASSED<br>EVENT REASON MOTION WITHDRAWN | |
| 16-JUN-1998 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED<br>EVENT REASON REPRESENTATION PROBLEM | |
| 25-JUN-1998 | **DETERMINATION OF ATTORNEY** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED<br>EVENT REASON DEFENDANT NOT ON HABEAS | |
| 10-JUL-1998 | **DETERMINATION OF ATTORNEY** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED<br>DOCKET NOTE NEIL STEINGOLD REFUSES TO BE COURT APPOINTED.<br>DOCKET NOTE DEF IS ACTING AS PRO-SE | |
| 10-JUL-1998 | **MOTION FOR NEW TRIAL** | CLIFTON, JUDGE |
| | EVENT ACTION DENIED | |
| 10-JUL-1998 | **SENTENCING** | CLIFTON, JUDGE |
| | EVENT ACTION SENTENCED<br>CASE DISPOSED | |
| 16-JUL-1998 | **MOTION TO SET BAIL** | CLIFTON, JUDGE |
| | EVENT ACTION PASSED | |
| 24-JUL-1998 | **MOTIONS** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE<br>EVENT REASON Defense | |
| 27-JUL-1998 | **MOTION TO APPOINT ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED<br>EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 27-OCT-1998 | **MOTION TO RELEASE COUNSEL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON NOTIFICATION PROBLEM | |
| 04-NOV-1998 | **MOTION TO RELEASE COUNSEL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 12-NOV-1998 | **MOTION TO RELEASE COUNSEL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON OTHER EVENT SCHEDULED THAT DATE | |
| 16-NOV-1998 | **CONTROL DATE** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 16-NOV-1998 | **MOTION TO RELEASE COUNSEL** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| 23-NOV-1998 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 19-JAN-1999 | **MOTION FOR TRANSCRIPT** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 26-JAN-1999 | **MOTION FOR TRANSCRIPT** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| 03-MAR-1999 | **MOTION TO WITHDRAW** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REFERRED TO PUBLIC DEFENDER | |
| 17-MAR-1999 | **MOTION TO WITHDRAW** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON REFERRED TO PUBLIC DEFENDER | |
| 24-MAR-1999 | **DETERMINATION OF ATTORNEY** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| 29-MAR-1999 | **MOTION FOR NEW TRIAL** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 29-MAR-1999 | **MOTION TO COMPEL** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| 19-APR-1999 | **MOTION FOR NEW TRIAL** | CLIFTON, JUDGE |
| | EVENT ACTION PASSED | |
| | DOCKET NOTE DEF APPEARS W/OUT ATTORNEY REFUSES TO AGRUE MOTION | |
| 03-MAY-1999 | **MISCELLANEOUS EVENT** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE CT CANNOT RULE WHILE CASE IS ON APPEAL | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 05-MAY-1999 | **APPEALED TO SUPREME COURT**<br>EVENT ACTION COMPLETED<br>CASE TRANSMITTED TO SUPREME CT | |
| 27-MAY-1999 | **MOTION FOR TRANSCRIPT**<br>EVENT ACTION GRANTED | PFEIFFER, JUDGE |
| 11-JUN-1999 | **CONTROL DATE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 30-JUN-1999 | **CONTROL DATE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | KEOUGH, MAGISTRATE |
| 14-JUL-1999 | **CONTROL DATE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | KEOUGH, MAGISTRATE |
| 21-JUL-1999 | **CONTROL DATE**<br>EVENT ACTION COMPLETED<br>EVENT REASON ORDER ENTERED | KEOUGH, MAGISTRATE |
| 01-NOV-1999 | **MOTION**<br>EVENT ACTION POSTPONED<br>EVENT REASON PROSECUTOR UNAVAILABLE | CLIFTON, JUDGE |
| 03-NOV-1999 | **MOTIONS**<br>EVENT ACTION PASSED | CLIFTON, JUDGE |
| 17-NOV-1999 | **MOTION TO APPOINT ATTORNEY**<br>EVENT ACTION GRANTED | CLIFTON, JUDGE |
| 08-DEC-1999 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 17-DEC-1999 | **CONTROL DATE**<br>COMPLETED | CARNEVALE, MAGISTRATE |
| 17-DEC-1999 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | CARNEVALE, MAGISTRATE |
| 14-JAN-2000 | **STATUS CONFERENCE**<br>COMPLETED | CLIFTON, JUDGE |
| 14-JAN-2000 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 18-FEB-2000 | **MOTION TO WITHDRAW**<br>GRANTED | CLIFTON, JUDGE |
| 01-MAR-2000 | **MOTION FOR NEW TRIAL**<br>PROSECUTOR UNAVAILABLE | CLIFTON, JUDGE |
| 09-MAR-2000 | **MOTIONS**<br>DEFT REFERRED PUBLIC DEFENDER | CLIFTON, JUDGE |
| 17-APR-2000 | **MOTIONS**<br>PASSED to be assigned by RAGOSTA, J. | RAGOSTA, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 20-FEB-2002 | **MOTION FOR TRANSCRIPT**<br>PASSED | DARIGAN, JUDGE |
| 20-FEB-2002 | **MOT PROCEED IN FORMA PAUPERIS**<br>PASSED | DARIGAN, JUDGE |
| 11-JUN-2002 | **MOTIONS**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 02-JUL-2002 | **MOTION TO APPOINT ATTORNEY**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 09-JUL-2002 | **MOTIONS**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 23-JUL-2002 | **MOTION**<br>PENDING FURTHER INVESTIGATION | GALE, JUDGE |
| 08-AUG-2002 | **MOTIONS**<br>GRANTED | GALE, JUDGE |
| 23-SEP-2002 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 23-SEP-2002 | **DETERMINATION OF ATTORNEY**<br>LETTER COURT APPOINTS ATTORNEY | CLIFTON, JUDGE |
| 04-NOV-2002 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 21-NOV-2002 | **MOTION**<br>PENDING FURTHER INVESTIGATION | THOMPSON, JUDGE |
| 25-NOV-2002 | **MOTION FOR NEW TRIAL**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 10-DEC-2002 | **MOTIONS**<br>GRANTED for video court transcript | CLIFTON, JUDGE |
| 15-JAN-2003 | **MOTION TO APPOINT ATTORNEY**<br>GRANTED | CLIFTON, JUDGE |
| 28-JAN-2003 | **MOTIONS**<br>ZZZ PASSED | PROCACCINI, JUDGE |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 08-JAN-2003 | | SUPREME COURT | |

**Reason:** TRANSFER TO SUPREME COURT

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 03-JAN-1997 | CASE INITIATION | |
| 15-MAY-1997 | INDICTMENT FILED | Party Filing: STATE |
| 28-MAY-1997 | NO CONTACT ORDER | Party Filing: COURT |
| 28-MAY-1997 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 05-JUN-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: DALE ANDERSON |
| 06-JUN-1997 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 06-JUN-1997 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 26-JUN-1997 | VICTIM/WITNESS RESPONSE | Party Filing: STATE |
| 02-JUL-1997 | MOTION TO SUPPRESS STATEMENTS | Party Filing: DEFENSE |
| 03-JUL-1997 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: DONA ULHMANN |
| 03-JUL-1997 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE |
| 03-JUL-1997 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE |
| 03-JUL-1997 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 03-JUL-1997 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 03-JUL-1997 | MOTION TO SUPPRESS STATEMENTS | Party Filing: DEFENSE |
| 03-JUL-1997 | MOTION TO SUPPRESS | Party Filing: DEFENSE ; Note: TANGIBLE EVIDENCE |
| 03-JUL-1997 | MOTION TO SUPPRESS | Party Filing: DEFENSE ; Note: TANGILE EVIDENCE |
| 03-JUL-1997 | MOTION EXTENSION OF TIME | Party Filing: DEFENSE |
| 03-JUL-1997 | MOTION EXTENSION OF TIME | Party Filing: DEFENSE |
| 03-JUL-1997 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 03-JUL-1997 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 07-JUL-1997 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 18-JUL-1997 | ANS DEFT MOT STMT PROM,RWD,IND | Party Filing: STATE |
| 18-JUL-1997 | ANS DEFT MOT FOR EXCULP EVID | Party Filing: STATE |
| 18-JUL-1997 | MOTION FOR DISCLOSURE | Party Filing: STATE |
| 18-JUL-1997 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 18-JUL-1997 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 21-JUL-1997 | LETTER FILED | Party Filing: DEFENSE |
| 30-JUL-1997 | MOTION TO PRODUCE | Party Filing: DEFENSE |
| 23-SEP-1997 | MOTION TO SET BAIL | Party Filing: DEFENSE |
| 21-OCT-1997 | MOTION SUBPOENA DUCES TECUM | Party Filing: DEFENSE |
| 07-NOV-1997 | LETTER FILED | Party Filing: DEFENSE ; Note: ANS 11/7/97 MKR |
| 18-NOV-1997 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 12-DEC-1997 | LETTER FILED | Party Filing: DEFENSE ; Note: CHANGE OF ADDRESS |
| 30-DEC-1997 | MOTION TO WITHDRAW | Party Filing: DEFENSE |
| 31-DEC-1997 | MOTION FOR SPEEDY TRIAL | Party Filing: STATE |
| 31-DEC-1997 | OBJECTION FILED | Party Filing: STATE ; Note: TO DEFT'S MOTION TO WITHDRAW |
| 15-JAN-1998 | MOTION TO SET BAIL | Party Filing: DEFENSE |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 22-JAN-1998 | ORDER ENTERED | Party Filing: COURT |
| 23-JAN-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: ANS. 1-23-98 MKR |
| 23-JAN-1998 | MOTION TO PRODUCE | Party Filing: DEFENSE |
| 27-JAN-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: ROBERT MARRO #3111 |
| 12-FEB-1998 | MOTION SUBPOENA DUCES TECUM | Party Filing: DEFENSE |
| 19-FEB-1998 | MOTION TO QUASH | Party Filing: STATE |
| 31-MAR-1998 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: MARK DANA |
| 31-MAR-1998 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: MARK DANA |
| 06-APR-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: M. DANA |
| 08-APR-1998 | MOTION TO SET BAIL | Party Filing: DEFENSE |
| 23-APR-1998 | MOTION TO SET BAIL | Party Filing: DEFENSE |
| 05-MAY-1998 | MOTION FOR BILL OF PARTICULARS | Party Filing: DEFENSE |
| 05-MAY-1998 | MOTION TO SEVER | Party Filing: DEFENSE ; Note: (2) |
| 06-MAY-1998 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 08-MAY-1998 | MOTION IN LIMINE | Party Filing: DEFENSE |
| 08-MAY-1998 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 12-MAY-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: ANSWERED 05-12-98 |
| 15-MAY-1998 | MOTION IN LIMINE | Party Filing: STATE |
| 15-MAY-1998 | OBJECTION FILED | Party Filing: STATE ; Note: TO DEF'S MOT TO SEVER |
| 15-MAY-1998 | OBJECTION FILED | Party Filing: STATE ; Note: TO DEF'S MOT FOR BILL OF PARTICULARS |
| 22-MAY-1998 | NO CONTACT ORDER | Party Filing: COURT |
| 22-MAY-1998 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: DANA, MARK W. |
| 22-MAY-1998 | DISPOSITION PROSECUTOR | Prostr: RYAN |
| 29-MAY-1998 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 29-MAY-1998 | MOTION FOR RELEASE | Party Filing: DEFENSE ; Note: OF COUNSEL |
| 10-JUN-1998 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: NEAL STEINGOLD |
| 19-JUN-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM DEFN |
| 10-JUL-1998 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 10-JUL-1998 | SENTENCE NOTE | DEF TO OBTAIN SEX COUNSELING IN & OUT OF PRISION VICTIM COUNSELING FEE TO BE PAID BY DEF |
| 14-JUL-1998 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 14-JUL-1998 | MOTION FOR RELEASE | Party Filing: DEFENSE ; Note: OF COUNSEL |
| 27-JUL-1998 | NOTICE OF APPEAL SUPREME COURT | Party Filing: DEFENSE |
| 28-JUL-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: BY M SMITH |
| 03-AUG-1998 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: MARK SMITH |
| 20-OCT-1998 | MOTION TO DISMISS | Party Filing: DEFENSE ; Note: COUNSEL |
| 18-NOV-1998 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: S. IANNITELLI |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 20-NOV-1998 | LETTER FILED | Party Filing: DEFENSE ; Note: ANSWERED 11-20-98 |
| 24-NOV-1998 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: S. IANNITELLI # 3089 |
| 14-DEC-1998 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE |
| 20-JAN-1999 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE |
| 26-JAN-1999 | ORDER ENTERED | Party Filing: COURT |
| 27-JAN-1999 | ORDER ENTERED | Party Filing: COURT |
| 24-FEB-1999 | AFFIDAVIT FILED | Party Filing: DEFENSE ; Note: OF S IANNITELLI |
| 24-FEB-1999 | MOTION TO WITHDRAW | Party Filing: DEFENSE |
| 03-MAR-1999 | LTR,TRANSCRIPT SENT SUPREME CT | Party Filing: DEFENSE ; Note: COMPLETED |
| 10-MAR-1999 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: PAULA ROSIN |
| 15-MAR-1999 | MOTION FOR NEW TRIAL | Party Filing: DEFENSE |
| 22-MAR-1999 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 24-MAR-1999 | BILL APPT ATTY, ORDER ENTERED | Party Filing: DEFENSE ; Note: IANATELLI |
| 19-APR-1999 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 19-APR-1999 | MOTION FOR RELEASE OF COUNSEL | Party Filing: DEFENSE |
| 26-APR-1999 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM DEFN/ANS 5-18-99 MRK |
| 19-MAY-1999 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE |
| 21-JUL-1999 | ORDER ENTERED | Party Filing: COURT ; Note: MOTION TO ALLOW DEF TO OBTAIN FREE TRANSCRIPTS |
| 15-OCT-1999 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE ; Note: FREE |
| 08-NOV-1999 | LETTER FILED | Party Filing: DEFENSE |
| 10-NOV-1999 | MOTION TO APPOINT ATTORNEY | Party Filing: DEFENSE |
| 17-NOV-1999 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: STEPHEN T. MORRISSEY |
| 08-DEC-1999 | MOTION SUBPOENA DUCES TECUM | |
| 08-DEC-1999 | GRANTED | |
| 15-DEC-1999 | MOTION TO QUASH | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 20-DEC-1999 | RETURNED FROM SUPREME COURT | |
| 20-DEC-1999 | CASE REC'D FROM SUPREME COURT | CASE AND PAPERS REMANDED FROM SUPREME COURT. DEFENDANT'S TO REMAND FOR MOTION FOR NEW TRIAL ON 2-8-1999, GRANTED. |
| 11-FEB-2000 | MOTION TO WITHDRAW | |
| 14-FEB-2000 | LETTER FILED | REQUESTING DOCKET SHEET |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 23-FEB-2000 | ORDER ENTERED | |
| 07-MAR-2000 | OBJECTION FILED | TO DEFT'S MOT. TO RECUSE SPECIAL ASST. |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 07-MAR-2000 | OBJECTION FILED | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 07-MAR-2000 | OBJECTION FILED | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 09-MAR-2000 | MOTION TO RECUSE | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 09-MAR-2000 | ZZZ PASSED | |
| 09-MAR-2000 | MOTION FOR TRANSCRIPT | |
| 09-MAR-2000 | ZZZ PASSED | |
| 09-MAR-2000 | MOTION TO APPOINT ATTORNEY | |
| 09-MAR-2000 | ZZZ PASSED | |
| 09-MAR-2000 | MOTION TO ASSIGN | |
| 09-MAR-2000 | ZZZ PASSED | |
| 25-MAR-2000 | MOTION FOR TRANSCRIPT | |
| 29-MAR-2000 | PET WRIT OF HABEAS CORPUS | |
| 29-MAR-2000 | GRANTED | |
| 29-MAR-2000 | MOTION TO ASSIGN | |
| 29-MAR-2000 | ZZZ PASSED | |
| 29-MAR-2000 | MOTION FOR NEW TRIAL | |
| 29-MAR-2000 | ZZZ PASSED | |
| 29-MAR-2000 | MOTION FOR TRANSCRIPT | |
| 29-MAR-2000 | ZZZ PASSED | |
| 29-MAR-2000 | MOTION TO RECUSE | |
| 29-MAR-2000 | DENIED | |
| 06-APR-2000 | OBJECTION FILED<br>**Affiliated Party:** BEDFORD, NORMAN L | TO MOTION TO RECUSE STEVEN RYAN |
| 06-APR-2000 | MOTION TO PRODUCE<br>**Affiliated Party:** BEDFORD, NORMAN L | UNDISCLOSED EXCULPATORY EVIDENCE |
| 11-APR-2000 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 01-MAY-2000 | ORDER ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 08-MAY-2000 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 09-OCT-2001 | FILE TRANSFERRED RECORD CENTER | |
| 11-OCT-2001 | FILE REC'D FROM RECORD CENTER | |
| 11-FEB-2002 | MOT PROCEED IN FORMA PAUPERIS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 11-FEB-2002 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 11-FEB-2002 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 28-MAY-2002 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 30-MAY-2002 | MOTION TO APPOINT ATTORNEY<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 30-MAY-2002 | MOTION TO ASSIGN<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 30-MAY-2002 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 30-MAY-2002 | MOTION TO WITHDRAW<br>**Affiliated Party:** BEDFORD, NORMAN L | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 13-JUN-2002 | MOTION FOR NEW TRIAL EVENT | |
| 13-JUN-2002 | DENIED | |
| 13-JUN-2002 | ORDER ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | denying motion for new trial |
| 17-JUN-2002 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUN-2002 | MOTION TO ASSIGN<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUN-2002 | MOT PROCEED IN FORMA PAUPERIS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 25-JUN-2002 | MOTION TO RECONSIDER<br>**Affiliated Party:** BEDFORD, NORMAN L | MOTION TO APPOINT COUNSEL |
| 10-JUL-2002 | MOTION TO PRODUCE<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 11-JUL-2002 | MOTION TO ASSIGN<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 11-JUL-2002 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUL-2002 | MOTION FOR TRANSCRIPT<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUL-2002 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUL-2002 | MOTION TO ASSIGN<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUL-2002 | MOT PROCEED IN FORMA PAUPERIS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 17-JUL-2002 | SUBPOENA DUCES TECUM<br>**Affiliated Party:** STATE OF RHODE ISLAND | |
| 17-JUL-2002 | MOTION<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 31-JUL-2002 | MOTION TO COMPEL<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 31-JUL-2002 | MOTION<br>**Affiliated Party:** BEDFORD, NORMAN L | for free transcripts |
| 31-JUL-2002 | MOTION<br>**Affiliated Party:** BEDFORD, NORMAN L | proceed in forma pauperis |
| 31-JUL-2002 | MOTION TO ASSIGN<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 31-JUL-2002 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 31-JUL-2002 | NOTICE<br>**Affiliated Party:** BEDFORD, NORMAN L | of appeal |
| 31-JUL-2002 | MOTION TO COMPEL<br>**Affiliated Party:** BEDFORD, NORMAN L | |
| 08-AUG-2002 | ORDER ENTERED<br>**Affiliated Party:** RHODE ISLAND COURTS | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 13-AUG-2002 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 13-AUG-2002 by EVERDECCHIA. |
| 11-SEP-2002 | LETTER COURT APPOINTS ATTORNEY | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 23-SEP-2002 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** D'AMBROSIO, DAMON | |
| 28-OCT-2002 | REQUEST | for docket sheet |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 13-NOV-2002 | MOTION TO ASSIGN | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 13-NOV-2002 | MOTION FOR BAIL PENDING APPEAL | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | ORAL MOTION EVENT | bail pending appeal |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | DENIED | |
| 25-NOV-2002 | MOTION SUBPOENA DUCES TECUM | R.I. Victom compensation/alton wiley,esq. |
| 25-NOV-2002 | MOTION TO ASSIGN | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | MOTION TO PRODUCE | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | MOTION TO COMPEL | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | MOTION TO RECUSE | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | MOTION | MOTION FOR ORDER AND CERTIFICATION OF VICTIM COMPENSATION PROGRAM PAYMENT |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 25-NOV-2002 | MOTION FOR CONTINUANCE | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 03-DEC-2002 | ORDER ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 03-DEC-2002 | MOTION TO WITHDRAW | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 05-DEC-2002 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 06-DEC-2002 | MEMORANDUM FILED | of law in objection to deft motion for a new trial |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 10-DEC-2002 | MOTION FOR NEW TRIAL EVENT | |
| 10-DEC-2002 | DENIED | |
| 10-DEC-2002 | MEMORANDUM FILED | supplemental memorandum |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 23-DEC-2002 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 06-JAN-2003 | APPEAL SUPREME COURT EVENT | |
| 06-JAN-2003 | CASE TRANSMITTED TO SUPREME CT | 2 FILES |
| 06-JAN-2003 | LTR,TRANSCRIPT SENT SUPREME CT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 16-JAN-2003 | MOTION TO ASSIGN | |
| 21-JAN-2003 | MOTION | to appoint counsel |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 19-MAR-2003 | MOTION TO COMPEL | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 19-MAR-2003 | AFFIDAVIT FILED | and request for transcrip- granted |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 19-MAR-2003 | AFFIDAVIT FILED | of indigency |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 19-MAR-2003 | MOTION TO ASSIGN | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 19-MAR-2003 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 21-MAR-2003 | LETTER FILED | to Normand Bedford from Clifton,J re transcript being filed on this date in Supreme Court for hearing of 11/25/02 |
| 09-JAN-2004 | LTR,TRANSCRIPT SENT SUPREME CT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 16-JAN-2004 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party:** BEDFORD, NORMAN L | |
| 30-JAN-2004 | LTR,TRANSCRIPT SENT SUPREME CT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 04/21/2005
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATE V. NORMAN BEDFORD FILE NO: 19980446
APPEAL DATE: 07-27-1998 DOCKET NO.: 1999 209 DOCKET DATE: 05-10-1999
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1971715 ADD'L CASE NO.:

| | | | |
|---|---|---|---|
| BEDFORD,NORMAN | DEF | Pro,Se | PRI |
| STATE | BPL | Weisman,Aaron L | AGS |

| DATE | ACTION | OUTCOME DATE | STAGE |
|---|---|---|---|
| 07-27-1998 | NOTICE OF APPEAL FILED | | BEFORE DOCKETI |
| 05-10-1999 | PAPERS AND TRANSCRIPT FILED. | | BEFORE FIRST B |
| 05-10-1999 | LETTER WAIVER PRE-BRIEF | | |
| 05-10-1999 | MOTION TO HOLD IN ABEYANCE FILED PRO SE | | |
| 05-10-1999 | TRANSCRIPT WITHDRAWN | | |
| 05-12-1999 | MOTION TO HOLD IN ABEYANCE BY PRO SE PARTY | | |
| 05-12-1999 | WAIVER OF PREBRIEF RETURNED | | |
| 05-19-1999 | MOTION TO W/DRAW APPEARANCE PUBLIC DEFENDER | | |
| 05-20-1999 | ORDER MOTION TO HOLD IN ABRYCE PENDING TJ'S RULING ON MNT | GRANTED | |
| 06-02-1999 | TRANSCRIPT RETURNED | | |
| 06-03-1999 | MOTION TO W/DRAW APPEARANCE | GRANTED | |
| 06-03-1999 | ORDER MOTION APPOINT COUNSEL | GRANTED | |
| 06-10-1999 | ORDER MOTION FOR COUNSEL FEE STEPHEN MORRISSEY ESQ. | | |
| 06-23-1999 | TRANSCRIPT WITHDRAWN | | |
| 08-04-1999 | LETTER FILED | | |
| 08-19-1999 | TRANSCRIPT RETURNED | | |
| 11-08-1999 | LETTER FILED. COPY OF LETTER FROM DISP COUNSEL TO DEF | | |
| 11-08-1999 | PAPERS ONLY FILED. DUMMY FILE 97-1715 | | |
| 11-17-1999 | MOTION TO REMAND FILED. Weisberger,Joseph R Hon | | |
| 11-22-1999 | MAILED TO ATTORNEYS | | |
| 11-22-1999 | ORDER MOTION TO REMAND IS NEW TRAIL HEARING | GRANTED | |
| 11-22-1999 | PAPERS REMANDED PAPERS TO BE RETURNED TO SUPREME CT. | | |
| 03-02-2000 | MOTION TO W/DRAW APPEARANCE | | |
| 04-28-2000 | MOTION TO W/DRAW APPEARANCE DEFT. TO PROCEED PRO-SE, PREBRIEF DUE 60 DAYS AFTER DECISION ON NEW TRIAL. | GRANTED | |
| 04-28-2000 | ORDER. MISC. PETITION IS MANDAMUS. | DENIED | |
| 05-01-2000 | MAILED TO ATTORNEYS | | |
| 05-31-2000 | MOTION FOR COUNSEL FEE FILED. | | |
| 06-15-2000 | ORDER MOTION FOR COUNSEL FEE | GRANTED | |
| 06-19-2000 | MAILED TO ATTORNEYS | | |
| 10-26-2000 | MEMORANDUM FILED SEE COURT ORDER OF 4/8/00, CASE TO RECEIVE A NEW NUMBER WHEN REDOCKETED | | |

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 04/21/2005
SUPREME CC..T INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATE V. NORMAN BEDFORD FILE NO: 19980446
APPEAL DATE: 07-27-1998 DOCKET NO.: 1999 209 DOCKET DATE: 05-10-1999
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1971715 ADD'L CASE NO.:

| | | | |
|---|---|---|---|
| BEDFORD,NORMAN | DEF | Pro,Se | PRI |
| STATE | BPL | Weisman,Aaron L | AGS |

| DATE | ACTION | OUTCOME DATE | STAGE |
|---|---|---|---|
| 07-27-1998 | NOTICE OF APPEAL FILED | | BEFORE DOCKETI |
| 05-10-1999 | PAPERS AND TRANSCRIPT FILED. | | BEFORE FIRST B |
| 05-10-1999 | LETTER WAIVER PRE-BRIEF | | |
| 05-10-1999 | MOTION TO HOLD IN ABEYANCE FILED PRO SE | | |
| 05-10-1999 | TRANSCRIPT WITHDRAWN | | |
| 05-12-1999 | MOTION TO HOLD IN ABEYANCE BY PRO SE PARTY | | |
| 05-12-1999 | WAIVER OF PREBRIEF RETURNED | | |
| 05-19-1999 | MOTION TO W/DRAW APPEARANCE PUBLIC DEFENDER | | |
| 05-20-1999 | ORDER MOTION TO HOLD IN ABRYCE PENDING TJ'S RULING ON MNT | GRANTED | |
| 06-02-1999 | TRANSCRIPT RETURNED | | |
| 06-03-1999 | MOTION TO W/DRAW APPEARANCE | GRANTED | |
| 06-03-1999 | ORDER MOTION APPOINT COUNSEL | GRANTED | |
| 06-10-1999 | ORDER MOTION FOR COUNSEL FEE STEPHEN MORRISSEY ESQ. | | |
| 06-23-1999 | TRANSCRIPT WITHDRAWN | | |
| 08-04-1999 | LETTER FILED | | |
| 08-19-1999 | TRANSCRIPT RETURNED | | |
| 11-08-1999 | LETTER FILED. COPY OF LETTER FROM DISP COUNSEL TO DEF | | |
| 11-08-1999 | PAPERS ONLY FILED. DUMMY FILE 97-1715 | | |
| 11-17-1999 | MOTION TO REMAND FILED. Weisberger,Joseph R Hon | | |
| 11-22-1999 | MAILED TO ATTORNEYS | | |
| 11-22-1999 | ORDER MOTION TO REMAND IS NEW TRAIL HEARING | GRANTED | |
| 11-22-1999 | PAPERS REMANDED PAPERS TO BE RETURNED TO SUPREME CT. | | |
| 03-02-2000 | MOTION TO W/DRAW APPEARANCE | | |
| 04-28-2000 | MOTION TO W/DRAW APPEARANCE DEFT. TO PROCEED PRO-SE, PREBRIEF DUE 60 DAYS AFTER DECISION ON NEW TRIAL. | GRANTED | |
| 04-28-2000 | ORDER. MISC. PETITION IS MANDAMUS. | DENIED | |
| 05-01-2000 | MAILED TO ATTORNEYS | | |
| 05-31-2000 | MOTION FOR COUNSEL FEE FILED. | | |
| 06-15-2000 | ORDER MOTION FOR COUNSEL FEE | GRANTED | |
| 06-19-2000 | MAILED TO ATTORNEYS | | |
| 10-26-2000 | MEMORANDUM FILED SEE COURT ORDER OF 4/8/00, CASE TO RECEIVE A NEW NUMBER WHEN REDOCKETED | | |

**Supreme Court**
No. 03-30-C.A.

State of Rhode Island :

v. :

Normand Bedford :

**ORDER**

The defendant's omnibus motion to stay this appeal, remand the papers to the Superior Court, and for appointment of counsel, as prayed, is denied.

Entered as an Order of this Court this ***21st*** day of ***January 2004.***

By Order,

Clerk

**Supreme Court**
No. 03-30-C.A.

State of Rhode Island :

v. :

Normand Bedford :

## ORDER

The defendant's motion to enlarge the time within which to file his brief is granted. Such brief shall be due on or before ***July 30, 2004.***

Entered as an Order of this Court this *29th* day of ***June 2004.***

By Order,

[signature]
Clerk