**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
APR 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 05-095L** |
| | : | |
| **ASHBEL T. WALL, Director** | : | |
| **Department of Corrections** | : | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes the State of Rhode Island, Respondent in the above-captioned matter, and respectfully asks leave to exceed the page limit for attachments prescribed by Court Order 2002-01. The State submits that the attachments are necessary due to the existence of state court materials necessary, in the estimation of the State, to the determination of Petitioner's allegations.

Wherefore, the State of Rhode Island respectfully asks leave to exceed the twenty (20) page limit of attachments by no more than seventeen (17) pages in the above-captioned matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Granted:
Ronald R. Lagueux
Sr. USDJ 5/5/05

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

9