# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v.

STATE OF RHODE ISLAND

C.A. No. 05 095L

## PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby, moves this Honorable U.S. District Court for issuance of an "Order to the State" to "Show Cause" why Petitioner's instant Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. Section 2254, with exhibits A-I, and associated and attached Affidavit, should not be granted with prejudice, ordering the immediate release of the Petitioner from State custody, on the grounds set forth in both Petition and Affidavit, whereby, factual allegations of [Malicious Prosecution and abuse of Process] in violation of Federal Law, 42 U.S.C. Sections 1983 and Sec. 7:56 are clearly evident, thus precluding the

DENIED. Plaintiff's motion is not necessary. The Attorney General has moved to dismiss the petition for habeas relief.

Jacob Hagopian
U.S. Magistrate Judge
Date: June 30, 2005

Referred to U.S. Magistrate
for findings & recommendations
or determination

Ronald R. Lagueux, Senior U.S. District Judge
Date: 3-10-05

3