UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v. C.A.No.05-095L

A.T. WALL, Director of the
R.I. Department of Corrections
ATTORNEY GENERAL FOR THE STATE
OF RHODE ISLAND
(Respondents)



**PETITIONER'S MOTION TO ENLARGE TIME**

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for an "Enlargement of Time to file an Objection to U.S. Magistrate Judge Hagopian's July 1, 2005 Report and Recommendation to dismiss Petition for Writ of Habeas Corpus." Petitioner submits that he did not receive the R+R until July 7, 2005, due to this Court's error in mailing the same to Petitioner's old P.O. Box 8274, which is the Medium Security Facility. Petitioner is now in Maximum Security. The correct P.O. Box is 8273. Petitioner respectfully requests that his time to enlarge be extended to August 12, 2005, or twenty-five (25) days. Therefore, it is hereby prayed that the instant motion be granted.

**Respectfully submitted**

Normand Bedford

12

**Certification**

I hereby certify, that I caused a true copy of the within Motion to Enlarge Time to file Objection to U.S. Magistrate Judge Jacob Hagopian's Report and Recommendation to dismiss Petition for Writ of Habeas Corpus dated July 1, 2005, to be mailed, postage prepaid, this **8th** day of **July** ,2005 to:R.I. Attorney General's Office, Mr. Aaron L. Weisman, Esquire, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford
**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**