UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

A.T. WALL, Director of the
R.I. Department of Corrections
ATTORNEY GENERAL FOR THE STATE
OF RHODE ISLAND
(Respondents)

FILED JUL 18 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

C.A.No.05-095L



**PETITIONER'S MOTION TO ENLARGE TIME**

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court for an "Enlargement of Time to file an Objection to U.S. Magistrate Judge Hagopian's July 1, 2005 Report and Recommendation to dismiss Petition for Writ of Habeas Corpus." Petitioner submits that he did not receive the R+R until July 7, 2005, due to this Court's error in mailing the same to Petitioner's old P.O. Box 8274, which is the Medium Security Facility. Petitioner is now in Maximum Security. The correct P.O. Box is 8273. Petitioner respectfully requests that his time to enlarge be extended to August 12, 2005, or twenty-five (25) days. Therefore, it is hereby prayed that the instant motion be granted.

**Respectfully submitted**

Normand Bedford

Granted to Aug. 12, 2005;
Ronald R. Lagueux
Sr. USDJ 7/15/05