U.S. FEDERAL DISTRICT COURT
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

June 6, 2005

C.A. No. 04-527L

Re: Refiling of Objection to R+R.
NORMAND BEDFORD v. A.T. Wall, Director of the R.I. Dept. of Corrections, et al.

Dear Clerk:

Please refile the enclosed ~~Repor~~ Objection to U.S. magistrate Judge Hagopian's 3-31-2005 Report and Recommendation to dismiss Petition.

Petitioner is refiling the Objection, dated April 26, 2005, with it's attached exhibits A+B. Petitioner received his docket history report and apparantly the R.I. Dept. of Corrections has stolen his Objection out of the interdepartmental mail-box. Other legal material has also been discovered stolen.

Therefore, please forward a copy of the Court's stamp of receipt to the enclosed. Thank you.

Sincerely Normand Bedford
P.O. Box 8273
Cranston RI.

U.S. FEDERAL DISTRICT COURT
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

June 6, 2005

C.A. No. 04-527L

Re: Refiling of Rebuttal Memorandum with its exhibits to Respondents Motion to Dismiss Petition. NORMAND BEDFORD V. A.T. Wall, Director of the R.I. Dept. of Corrections, et al.

Dear Clerk:

Please file the enclosed Rebuttal Memorandum with its exhibits. The same is dated March 9, 2005. I am refiling the above after discovery that the docket history report fails to record the material, in light of a history of mail tampering and theft within the R.I. Dept. of Corrections Maximum Security Facility.

The above is in "reference" to docket 12, as "Motion to Dismiss," by RIDOC. Please forward me a copy of the Court's stamp of receipt to the above. Thank you.

Sincerely

Normand Bedford

P.O. Box 8273
Cranston R.I. 02920

U.S. FEDERAL DISTRICT COURT June 29, 05
OFFICE OF THE CLERK
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903 C.A. No. 04-527L

Re: Inquiry of re-filed legal Pleadings
with two (2) new cover letters
dated June 6, 2005. (Enclosed)
Normand Bedford v. A.T. Wall, Director,
R.I. Dept. of Corrections, et. al.

Dear Clerk of Court:

Enclosed are two (2) letters that were mailed to this Court with addition-memoranda, all of which, was the re-filing of Pleadings, that were discovered "not filed" according to docket history. Evidence of mail tampering and theft has been discovered involving R.I. Dept. of Corrections Maximum Security Officials. However, the enclosed letters are copies of a second original that was written verbatim, and therefore, "does not" contain what was re-filed on June 6, 2005. Please note that

in the enclosed June 6, 2005 letters, there was a request to forward a copy with the Court's stamp of receipt, to me. Please inform me of the receipt of that material.

Also, since the Court never received my "Objection to U.S. Magistrate Jacob Hagopians, March 31, 2005 R+R" until I refiled it on June 6, 2005, the Court Justice should examine the facts therein, before a final determination on the merits of my Petition under case 04-527L. The same is true of my refiled Rebuttal Memorandum and exhibits, both of which are decribed in the enclosed June 6, 2005 letters.

Please send me a copy of this letter with the Court's stamp of receipt, and an acknowledgment of the receipt of my refiled material. Thank you.

Sincerely

Normand Bedford

P.O. BOX 8273
CRANSTON, RI
02920