UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD *
(Petitioner) *
*
*
v. * C.A.No.05-095L
*
*

A.T. WALL, Director of the
R.I. Dept. of Corrections
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND
(Respondents)

**PETITIONER'S PETITION FOR WRIT OF MANDAMUS**

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable United States Federal District Court for "Issuance of Order" commanding, directing, and ordering the State, by and through it's attorneys', to produce and provide this Petitioner with a copy of his "December 10, 2002 transcripts and associated exhibits in the form of thirteen (13) pages of material, related to his "Motion for New Trial Based on Newly Discovered Evidence, erroneously, denied on the above date." Petitioner's request is reasonable in light of his right of appeal to the December 10, 2002 denial. Petitioner has been unsuccessful in his repeated attempts to procure the above noted transcripts and exhibits for his direct appeal to the Rhode Island Supreme Court.

Petitioner submits the attached memorandum in support of this writ of mandamus.

Certification

I hereby certify that I caused a true copy of the within "petition for writ of mandamus" to be mailed this **28th** day of **July**, **2005**, postage prepaid, to: R.I. Attorney General's Office, Mr. Aaron L. Weisman Esquire, 150 South Main Street, Providence, RI 02903.

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORMAND BEDFORD (Petitioner) | * * * * | |
| v. | * | C.A.No.05-095L |
| A.T. WALL, Director of the R.I. Dept. of Corrections ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND (Respondents) | * * | |

**PETITIONER'S MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS**

1. On June 14, 2004, Petitioner, Normand Bedford, filed a "Motion to Stay Appeal, Remand Case and File back to the Providence County Superior Court, and Appoint Counsel to represent his 'illegal and void judgment' of conviction and sentence of 1998." In that "cover-letter" Petitioner requested **"thirteen (13) pages of exhibits"** from the Rhode Island Supreme Court, related to his December 10, 2002 "Motion for New Trial Based on Newly Discovered Evidence," erroneously, denied on the date of the same. Petitioner specifically, stated in the third (3rd) paragraph, that "I have not received the thirteen (13) pages of exhibits from this Honorable Court, despite my numerous requests, to several of your clerks, as well as, at least two, former appointed attorneys." See enclosed June 14, 2004 letter as EXhibit "A".

2. On February 17, 2004, Petitioner filed a letter with the Rhode Island Supreme Court, again, requesting the **thirteen (13) pages of exhibits** to the December 10, 2002 transcripts of his "Motion for New Trial Based on Newly Discovered Evidence," erroneously, denied on the date of the same. Specifically, it stated in the first (1st) paragraph, that "Please send me a copy of my Exhibits to the December 10, 2002, Motion for New Trial Based on Newly Discovered Evidence Transcripts. I have **repeatedly** requested these Exhibits through this Court and through **numerous** appointed attorneys, however, all my requests have been **ignored.**" See enclosed letter dated February 17, 2004 as Exhibit "B".

3. On March 3, 2004, Petitioner filed a letter with the Rhode Island Supreme Court, again, requesting the **thirteen (13) pages of exhibits** to the December 10, 2002 transcripts of his "Motion for New Trial Based on Newly Discovered Evidence," erroneously, denied on the date of the same. Specifically, it stated in the first (1st) paragraph, that "I am in receipt of the Docket History Sheet in the above entitled appeal. Thank you for your compliance with my request. However, the Court **failed** to forward me a copy of my **exhibits associated to the December 10, 2002 transcripts,** filed with this Court on January 2, 2003. The transcripts and exhibits are necessary for appellate purpose. Please

send me a copy of the above noted **exhibits**, which are **thirteen documents** in total." See enclosed March 3, 2004 letter as Exhibit "C". See also attached to Exhibit "C", "Providence County Superior Court Filing letter dated January 2, 2003, with Case Number P1/97-1715A, and the attached Motion to Proceed in Forma Pauperis for Transcripts mentioned above, signed by Superior Court Justice Edward C. Clifton on 1/2/03."

**4.** Petitioner further asserts that he has made other **countless** requests to several prior court appointed attorneys and the Rhode Island Supreme Court Clerks Office, however, all his requests have been **ignored** thus far.

**5.** Petitioner has filed **countless** documents evincing the above on numerous occassions with this Honorable Court in "Habeas Corpus Petitions under C.A.No.'s 03-256 T, as a "Petition for Removal of Causes;" and C.A.No.04-271L, as a "Petition for Writ of Habeas Corpus;" and lastly, C.A.No.05-095L, as "Petition for Writ of Habeas Corpus." In fact, it is this "deliberate withholding and concealment of evidence" that forms the substance of this Petitioner's viable claims of a blatant "denial of any and all state corrective process" thus, causing the "unreasonable and excessive delay in a first appeal of 1998." See **Harris v. Champion, 15 F.3d at 1550.**

6. Petitioner's previous petitions' for writ of habeas corpus' were all erroneously denied, despite the aforementioned "withholding and concealment of valuable evidence" relevant and essential for his first appeal of both the "denial of the December 10, 2002 motion for new trial based on newly discovered evidence" as well as his first appeal of his 1998 conviction and sentence. Since the above noted evidence in the form of **thirteen (13) pages of exhibits** was granted through **subpoena** on two prior occassions, yet both times never fully disclosed, it now constitutes "concealment of evidence" in violation of federal law, title 18 of the United States Code, section 1503. See **U.S. v. Cohn, U.S. 975, 31 L.Ed.2d 249**; and **U.S. v. Rasheed, U.S. 1157, 71 L.Ed.2d 315**, as it relates to **"concealed subpoenaed documents."**

## Conclusion

Petitioner is entitled to the evidence relevant for his first appeal. He should be afforded the opportunity to marshall all relevant evidence before the Court for determination. Thus, Petitioner moves this Honorable United States Federal District Court for "issuance of executive order" out of the official seal of this Honorable Court through a writ of mandamus. For the aforementioned reasons, Petitioner prays that this petition be granted.

Respectfully submitted

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

## Certification

I hereby certify that I caused a true copy of the within petition for writ of mandamus to be mailed this 28th day of July, 2005, postage prepaid to: R.I. Attorney General's Office, Mr. Aaron L. Weisman Esquire, 150 South Main Street, Providence, Rhode Island 02903.

Normand Bedford

*****************************************************************

EXHIBIT "A"

*****************************************************************

R.I. Supreme Court
Chief Justice Frank Williams
250 Benefit Street
Providence, R.I. 02903

June 14, 2004

#7099 3400 0008 9917 9740
[certified mail]

Re: State v. Normand L. Bedford-Docket No. 2003-30
Appellant's Motion to Stay Appeal, and Remand
Case and File back to Providence Superior, and
Issue Order appointing Appellant a Class-1 attorney.

Dear Honorable Chief Justice Williams:

Please file the enclosed motion to stay appeal, remand case and file, back to the Providence County Superior Court, issuing executive order, appointing Appellant a class-1, attorney for the representation of his motion to vacate unlawful, illegal and void judgment of his 1998 conviction and sentence.

Enclosed is Appellant's motion and memorandum in support thereof, with attached exhibits "A"-"R". There is also, a four page Inventory List of Exhibits, attached to the thirty (30) page memorandum.

Also, I have not received the thirteen (13) pages of exhibits from this Honorable Court, despite my numerous requests, to several of your clerks, as well as, at least two, former appointed attorneys. These exhibits are related to my December 10, 2002, motion for new trial, based on newly discovered evidence, relevant and essential to my future and first appeal to his Court, regarding the December 10, 2002, denial of the motion for new trial. I thank you for your time in these matters. I have exausted all efforts in attempting to obtain the evidentiary material. I have enlosed two of the letters to your Court Clerks, dated February 17, 2004, and March 3, 2004, both addressed to Mr. Brian Burns. I have also, enclosed the Providence Superior Court's filing letter, dated January 2, 2003, with it's attached transcript order approved by Justice Edward C. Clifton, on the same day of it's filing with this Court. Again, I thank you for your time.

Sincerely

*Normand L. Bedford*

Normand L. Bedford
P.O. Box 8274
Cranston, R.I.
02920-0274

## Certification

I, the undersigned hereby, certify, that I, caused a true copy of the within motion to stay appeal, remand case and file, back to the Providence County Superior Court, and issue order appointing Appellant a Class-1 attorney to represent Appellant on motion to vacate illegal, and void judgment of 1998 conviction and sentence, with attached exhibits, "A"-"R" to: Rhode Island Attorney General's Office, Ms. Virginia M. McGinn Esquire, 150 South Main Street, Providence, R.I. 02903, this 14th day of June 2004, by regular U.S. mail postage prepaid. Copy to R.I. Supreme Court by certified mail receipt #7099 3400 0008 9917 9740, addressed to Chief Justice Frank Williams, restricted delivery.

*Normand L. Bedford*

*****************************************************************

EXHIBIT "B"

*****************************************************************

RI Supreme Court
Mr. Brian Burns
250 Benefit Street
Providence, RI 02903

February 17, 2004

Re: Request for Exhibits to December 10, 2002 transcripts.
Normand Bedford-C.A. 2003-30; Prov. Sup. Ct. No. P1/97-1715A

Dear Mr. Burns:

Please send me a copy of my Exhibits to the December 10, 2002, Motion for New Trial Based on Newly Discovered Evidence Transcripts. I have repeatedly requested these Exhibits through this Court and through numerous appointed attorneys, however, all my requests have been ignored. I appreciate your time in this matter.

Please send me a copy of my Docket History Sheet as well. I have made two previous requests for a copy of the Docket History Sheet, however, the Court has not met this request either.

Sincerely

Normand Bedford

Normand Bedford
PO Box 8274
Cranston, RI 02920

nb/psc
Cc; file

*****************************************************************

EXHIBIT "C"

*****************************************************************

March 3, 2004

Rhode Island Supreme Court
Attn: Mr. Brian Burns
250 Benefit Street
Providence, Rhode Island
02903

Re: Normand Bedford/Request for Exhibits of December 10, 2002 transcripts of Motion for New Trial Based on Newly Discovered Evidence. C.A. # 2003-30

Dear Mr. Burns:

I am in receipt of the Docket History Sheet in the above entitled appeal. Thank you for your compliance with my request. However, the Court failed to forward me a copy of my exhibits associated to the December 10, 2002 transcipts, filed with this Court on January 2, 2003. The transcripts and exhibits are necessary for appellate purpose. Please send me a copy of the above noted exhibits, which are thirteen documents in total.

Thank you for your time in this matter. My address is provided for your official use.

Sincerely

Normand Bedford
PO Box 8274
Cranston, RI 02920

nb/risc
Cc: file

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Superior Court
OFFICE OF THE COURT ADMINISTRATOR
Frank Licht Judicial Complex
250 Benefit Street, Room 506
Providence, RI 02903

January 2, 2003

Normand Bedford , Pro Se
P. O. Box 8274
Cranston, RI 02920

Case Name: State of Rhode Island
vs.
Normand Bedford

Case Number: P1/97-1715A

Dear Mr. Bedford:

You are hereby notified that the transcript you ordered in the above-captioned case has been filed in the Office of the Supreme Court Clerk.

This is the **completed** transcript prepared by **Edwina Butkins**, Court Reporter.

Very truly yours,

Joseph V. Conley /ek.

Joseph V. Conley
Deputy Superior Court Administrator

cc: Clerk of Superior Court

ek
2002 A1 Notification Letter without note 6.0.wps

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

STATE OF RHODE ISLAND

VS.

NORMAND BEDFORD

C.A.No. P1/97-1715A

MOTION TO PROCEED IN FORMA PAUPERIS

TRANSCRIPTS

The defendant, Normand Bedford, hereby moves this Court to waive the cost of the transcripts of the following hearings held on,

DECEMBER 10, 2002, MOTION FOR NEW TRIAL BASED ON Newly DISCOVERED EVIDENCE, PREVIOUSLY WITHHELD.

In the above entitled matter on the ground that the defendant is indigent and has no funds of which to pay the cost.

The defendant, Normand Bedford, submits and affidavit of indigency in support of this Motion.

12/16/02

Normand Bedford PRO-SE
Normand Bedford
P.O. Box 8274
Cranston, R.I. 02920

ORDER

It is hereby ORDERED that the transcripts as described in the Motion herein be provided in the entitled matter at ~~State cost.~~ expense ELL

Approved: ______ 1/2/03
Justice

______ 12:50
Dep Clerk 1/2/03

Presented by: ______

Address: P.O. BOX 8274, Cranston, Rhode Island 02920

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 08/13/2004
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATEOF RHODE ISLAND V NORMAN BEDFORD FILE NO: 20030030
APPEAL DATE: 12-23-2002 DOCKET NO.: 2003 30 DOCKET DATE: 01-16-2003
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1-97-1715A ADD'L CASE NO.:

| | | | |
|---|---|---|---|
| BEDFORD, NORMAN | DEF | BEDFORD, NORMAN | PRI |
| STATE OF R.I. | RES | Ryan, Stephen | AGS |
| | | Weisman, Aaron L | AGS |

| DATE | ACTION | OUTCOME | DATE | STAGE |
|---|---|---|---|---|
| 01-16-2003 | DEFEND. MOTION FOR BAIL<br>Goldberg, Maureen McKenna Hon | | | BEFORE FIRST B |
| 01-16-2003 | PAPERS AND TRANSCRIPT FILED. | | | |
| 01-16-2003 | LETTER WAIVER PRE BRIEF | | | |
| 01-29-2003 | EXHIBITS FILED. | | | |
| 01-31-2003 | OBJECTION TO MOTION FILED | | | |
| 02-10-2003 | DEFENDANTS MOTION TO EXTEND.<br>RESPOND TO STATE | GRANTED | 05-03-2003 | |
| 03-03-2003 | LETTER FILED.<br>FROM CLERK TO DEF WHETHER OR NOT HE'S GOING TO REPERSENT HIMSELF | | | |
| 03-10-2003 | MOTION TO APPOINT COUNSEL | | | |
| 03-21-2003 | TRANSCRIPT FILED.<br>COPY SENT TO DEFT. | | | |
| 03-28-2003 | ORDER MOTION APPOINT COUNSEL<br>ATT. DEVLIN | GRANTED | | |
| 04-01-2003 | LETTER FILED. | | | |
| 04-07-2003 | MOTION FILED IS<br>PRO-SE MOTION FILED FOR SUMM. DISPO./ORDER FOR TRANSCRIPT. | | | |
| 05-20-2003 | LETTER FILED.<br>REQUEST FOR DOCKET SHEET MAILED TO DEF. PER REQUEST. | | | |
| 07-08-2003 | ORDER MOTION APPOINT COUNSEL<br>RICHARD CORLEY ESQ. APPOINTED. | GRANTED | | |
| 07-11-2003 | TRANSCRIPT WITHDRAWN | | | |
| 08-18-2003 | LETTER FILED | | | |
| 10-29-2003 | LETTER FILED | | | |
| 11-21-2003 | APPEARANCE FOR DEFENDANT<br>Corley, Richard K. | | | |
| 12-15-2003 | LETTER FILED | | | |
| 01-27-2004 | MOTION TO W/DRAW APPEARANCE | | | |
| 01-30-2004 | TRANSCRIPT FILED. | | | |
| 02-02-2004 | MOTION FOR RECONSIDERATION | | | |
| 02-02-2004 | MEMORANDUM FILED | | | |
| 02-13-2004 | NOTICE OF BRIEFS MAILED.<br>DEFT. DUE BY 3-26-04. COPIES OF TRANSCRIPTS SENT TO MR. BEDFORD. W/ ORDER. | | | |
| 02-13-2004 | ORDER MOTION TO RECONSIDER IS | DENIED | | |
| 02-13-2004 | ORDER MOTION TO W/DRAW APPEAR. | GRANTED | | |
| 02-19-2004 | TRANSCRIPT RETURNED | | | |
| 02-23-2004 | LETTER FILED | | | |
| 03-01-2004 | MOTION TO APPOINT COUNSEL<br>TO RECONSIDER. | | | |
| 03-02-2004 | MOTION FOR COUNSEL FE FILED. | | | |

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 08/13/2004
SUPREME COURT INFORMATION SYSTEM

DOCKET EVENT LISTING

TITLE: STATEOF RHODE ISLAND V NORMAN BEDFORD FILE NO: 20030030
APPEAL DATE: 12-23-2002 DOCKET NO.: 2003 30 DOCKET DATE: 01-16-2003
APP. TYPE: CRIMINAL APPEAL AGENCY: PROV SUP. COU
LOWER CRT NO.: P1-97-1715A ADD'L CASE NO.:

03-18-2004 ORDER MOTION TO RECONSIDER IS DENIED
DEFT IS TO PROCEED PRO-SE
03-18-2004 ORDER MOTION FOR COUNSEL FEE GRANTED
$ 1,555.00 TO RICHARD K. CORLEY ESQ.
03-22-2004 MOTION FOR RECONSIDERATION
OF APPOINTMENT OF COUNSEL.
03-23-2004 DEFENDANTS MOTION TO EXTEND.
04-20-2004 DEFENDANTS MOTION TO EXTEND. GRANTED 06-20-2004
04-20-2004 MAILED TO ATTORNEYS
06-14-2004 LETTER FILED
06-17-2004 LETTER FILED
DOCKET SHEET SENT.
06-24-2004 LETTER FILED
06-24-2004 DEFEND. MOTION TO STAY FILED.
Goldberg,Maureen McKenna Hon
06-24-2004 MEMORANDUM FILED
06-24-2004 MOTION TO APPOINT COUNSEL
06-29-2004 DEFENDANTS MOTION TO EXTEND. GRANTED 07-30-2004
06-29-2004 MAILED TO ATTORNEYS
07-08-2004 OBJECTION TO MOTION FILED
08-02-2004 LETTER FILED
W EXHIBITS