**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-095L** |
| | : | |
| **ASHBEL T. WALL, Director,** | : | |
| **Department of Corrections** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO "PETITIONER'S PETITION FOR WRIT OF MANDAMUS"**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying supporting memorandum, objects to Petitioner's Petition For Writ Of Mandamus.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 3rd day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

SCANNED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-095L** |
| | : | |
| **ASHBEL T. WALL, Director,** | : | |
| **Department of Corrections** | : | |
| **Respondent** | : | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S OBJECTION TO "PETITIONER'S PETITION FOR WRIT OF MANDAMUS"**

Now comes the State of Rhode Island, by and through its attorneys, and respectfully objects to Petitioner's *Petition for Writ of Mandamus*, asking that this Court command the Rhode Island Attorney General to provide certain material to Petitioner. In support of this motion, the State avers that a magistrate-judge of this Court recently granted in the above-captioned case the State of Rhode Island's motion to dismiss a petition for writ of habeas corpus.

Wherefore, the State of Rhode Island would respectfully ask that Petitioner's *Petition for Writ of Mandamus* be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 3rd day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.