☐ Referred to U.S.M.J. Hagopian
☐ for findings & accommendation
☑ for determination
☐

Ronald R. Lagueux, Senior U.S. District J

Date: 8-3-04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v. C.A.No.05-095L

A.T. WALL, Director of the
R.I. Dept. of Corrections
ATTORNEY GENERAL FOR THE
STATE OF RHODE ISLAND
(Respondents)

**PETITIONER'S PETITION FOR WRIT OF MANDAMUS**

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable United States Federal District Court for "Issuance of Order" commanding, directing, and ordering the State, by and through it's attorneys', to produce and provide this Petitioner with a copy of his "December 10, 2002 transcripts and associated exhibits in the form of thirteen (13) pages of material, related to his "Motion for New Trial Based on Newly Discovered Evidence, erroneously, denied on the above date." Petitioner's request is reasonable in light of his right of appeal to the December 10, 2002 denial. Petitioner has been unsuccessful in his repeated attempts to procure the above noted transcripts and exhibits for his direct appeal to the Rhode Island Supreme Court.

Petitioner submits the attached memorandum in support of this writ of mandamus.

**ORDER**

**DENIED. Discovery is not necessary in this case. See Rule 6, Rules Governing Section 2254 Cases. (providing "good cause" is required to conduct discovery in Section 2254 cases).**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: August 19, 2005**