UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORMAND BEDFORD (Petitioner) | * | |
| v. | * | C.A.No.05-095L<br>C.A.No.04-271L<br>C.A.No.03-256T<br>C.A.No.05-111S<br>C.A.No.04-527L<br>C.A.No.00-466T |
| A.T. WALL, Director of the R.I. Dept. of Corrections, et al. ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND (Respondents) | * | |

**PETITIONER'S AFFIDAVIT OF TRUTH**

**I, Affiant/Petitioner, Normand Bedford, hereby depose and say:**

That the allegations, assertions, and declarations made and submitted within Affiant's **August 4, 2005** "Clarification letter to State's August 3, 2005 'Objection to Petitioner's Petition for Writ of Mandamus'" with associated exhibits or attachments one thru seven (1-7), provided with the August 4, 2005 correspondence, attached herewith, are true, complete, not misleading, the truth, the whole truth, and nothing but the truth so help me God. The facts and submissions reflect factual claims that Affiant's nineteen ninety-eight (1998) 'conviction and sentence' are illegal and void on it's face.' The facts and submissions also reflect factual claims of 'malicious prosecution, and abuse of process' in violation of federal law, **42 U.S.C.A. §1983; and §7:56,** as well as 'concealment of evidence' in violation of federal law, **18 U.S.C.A. §1503: and §1702.** An "Inventory List of Attachments" to the August 4, 2005 correspondence was also provided therein.

Wherefore, Affiant/Petitioner, Normand Bedford, hereby declares under the penalty of perjury that the purported declarations, assertions, and allegations made within the **August 4, 2005** "Clarification letter to State's August 3, 2005 Objection to Petitioner's Petition for Writ of Mandamus" are true, complete, and correct, not misleading, the truth, the whole truth and nothing but the truth, so help me God. **(August 4, 2005 Clarification letter attached herewith.)**

**Respectfully submitted**

**Dated: August 8, 2005.**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

**Subscribed and sworn before me in Cranston, Rhode Island, in the County of** Providence **in the State of Rhode Island and Providence Plantations this** 22nd **day of** August **, 2005.**

**Dated:** 8/22 **, 2005.**

**Clerk/Notary Public**

**COMMISSION EXPIRES 9-22-05**

## Certification

I, hereby certify, that I, caused a true copy of the within Affidavit of Truth associated to Affiant's August 4, 2005 Clarification letter with attachments to be mailed this 23rd day of **August**, **2005**, postage prepaid, to: Mr. Aaron L. Weisman Esq., Rhode Island Attorney General's Office, 150 South Main Street, Providence, RI 02903.

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920