UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

V.  C.A. NO. 05-095

A.T. WALL, Director of the
Rhode Island Department of Corrections

O R D E R

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian, dated July 1, 2005, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Petitioner's writ of habeas corpus petition under 28 U.S.C. § 2254 is hereby dismissed for failure to exhaust state remedies.

ENTER:                                    BY ORDER:

/s/ Ronald R. Lagueux                     /s/ Deputy Clerk
Ronald R. Lagueux                                        Deputy Clerk
Senior Judge
September 8, 2005