UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Normand Bedford<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-95L |
| A.T. Wall, Director of the RI<br>Dept of corrections<br>Defendant. | : | |

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant A.T. Wall against the plaintiff Normand Bedford, in accordance with the Court's Order dated 9/8/05 denying petitioner's writ of habeas corpus petition.

Deputy Clerk
September 9, 2005