UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v.

A.T. WALL, Dir. of the
R.I. Dept. of Corrections,
ATTORNEY GEN. FOR
THE STATE OF R.I.

C.A. No. 05-095L



# NOTICE OF APPEAL

Now comes Petitioner, Normand Bedford in the above entitled matter, and hereby, gives his "Notice of Appeal," from this Court's, erroneous, "Order and Judgment" of September 8, 2005, and September 9, 2005, denying his "Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. Sec. 2254.

Respectfully submitted

Normand Bedford

NORMAND BEDFORD, Pro se
P.O. BOX 8273
CRANSTON RI
02920-0273 SEG #28

# Certification

I the undersigned hereby certify that I caused an original copy of the within "Notice of Appeal" to be mailed this 17th day of September 2005, postage prepaid, to: Mr. Aaron L. Weisman Esquire, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903.

Normand Bedford

Pro se

NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI
02920-0273 Seg#28