UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v.

A.T. WALL, Dir. of the
R.I. Dept. of Corrections,
ATTORNEY GEN. FOR
THE STATE OF R.I.

C.A. No. 05-095L



# MOTION TO HOLD DOCKETING OF APPEAL IN ABEYANCE

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court to "Hold Docketing of his Appeal in Abeyance", pending the prosecution of appeal of Petitioner's prior denial of "Petition for Writ of Habeas Corpus", in C.A. No. 04-271L, now pending in the U.S. Court of Appeals for the First Circuit. Petitioner also posits, that he is again, being "unlawfully confined to segregation" in an ongoing "corrupt endeavor" to impede, and even stop, all litigation to the Courts. The R.I. Dept. of Corrections Maximum Security facility Administration imposed "unlawful "disciplinary

Sanctions" against Petitioner for simply mailing his "legal mail," asserting that he is not indigent and has no money to pay the cost of Postage, even though he has frozen funds, by which to defray the cost. Thus, denying his access to the Courts, as well as unjust punishment.

Therefore, for the aforementioned reasons, Petitioner Prays that the instant motion be granted.

Respectfully submitted
Normand Bedford
NORMAND BEDFORD
P.O. BOX 8273
CRANSTON RI
02920-0273

## Certification

I the undersigned hereby certify that I caused an original copy of the within "Motion to Hold Docketing of Appeal in Abeyance", to be mailed this 17th day of September, 2005 to: Mr. Aaron L. Weisman Esquire, RI Attorney General's Office, 150 South Main Street, Providence RI 02903.

Normand Bedford