UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v.

A.T. WALL, Dir. of the R.I. Dept. of Corrections, ATTORNEY GEN. FOR THE STATE OF R.I.

C.A. No. 05-095L

PAGE 1 of 2

FILED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION TO HOLD DOCKETING OF APPEAL IN ABEYANCE

Now comes Petitioner, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court to "Hold Docketing of his Appeal in Abeyance", pending the prosecution of appeal of Petitioner's prior denial of "Petition for Writ of Habeas Corpus", in C.A. No. 04-271L, now pending in the U.S. Court of Appeals for the First Circuit. Petitioner also posits, that he is again, being "unlawfully confined to segregation" in an ongoing "corrupt endeavor" to impede, and even stop, all litigation to the Courts. The R.I. Dept. of Corrections Maximum Security facility Administration imposed "unlawful "disciplinary

Denied: Ronald R. Lagueux
Sr. USDJ 10/18/05