UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v.

C.A. No. 05-095L

A.T. WALL, Director of the
R.I. Dept. of Corrections, et al.,
ATTY. GENERAL FOR THE
STATE OF RHODE ISLAND



# NOTICE OF APPEAL

Now comes Petitioner, Normand Bedford, in the above entitled matter, and hereby, gives "Notice of Appeal," from this Court's erroneous, Order of October 18, 2005, denying his "Motion to Hold Docketing of Appeal in Abeyance", in the case of No. 05-095L. Petitioner posits that his litigation to the U.S. Federal Court's are being infiltrated and subjugated, by the State's Attorney's, and R.I. Dept. of Corrections officials at every level. Petitioner's Affidavits and Pleadings to this Court support "Concealment of Evidence", and blatant denials of due process of law," as does every denial

Order that U.S. Senior District Court Judge Ronald R. Lagueux, has issued.

Petitioner is being unlawfully "Segregated," so he expects more "dirty Politics" and semantics to be forthcoming, while his legal defence is crippled.

Respectfully submitted

Normand Bedford
NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI 02920

## Certification

I the undersigned hereby, certify that I caused an original copy of the within Notice of Appeal to be mailed to: Mr. Aaron L. Weisman, R.I. Atty. Gen. Office, 150 South Main Street, Providence RI 02903, this 21st day of October, 2005, Postage Pre-Paid.

Normand Bedford