David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
**District of Rhode Island**

Paulette Dube
Chief Deputy

October 26, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: Our file no. 05-95L (Bedford v. Wall)

Dear Mr. Donovan:

Please find enclosed an additonal Notice of Appeal .

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk



SC 05-2642
10.31.05