MANDATE

# United States Court of Appeals
## For the First Circuit

---

Nos. 05-1612
05-2308
05-2525 CA: 05-55- J Lagueux
05-2642

NORMAND BEDFORD,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Respondents, Appellees.

---

Before

Torruella, Lynch and Howard,
Circuit Judges.

---

JUDGMENT

Entered: September 11, 2006

Appellant's letter dated July 10, 2006 is being treated as a motion to reconsider this court's order dated July 3, 2006. We deny reconsideration and dismiss the above appeals with prejudice for failure to prosecute.

The July 3 order directed the clerk's office to set a final deadline for certain action by the appellant, expressly warning him that his failure to timely comply would result in dismissal of the appeals. On July 5, the clerk's office set a deadline of July 19, 2006, specifying the actions appellant needed to take. Appellant has not complied with the deadline, and the motion now before us fails to establish that his non-compliance

should be excused, or that we should issue the court order he allegedly needs in order to comply.

The motion for reconsideration is denied. The appeals are dismissed with prejudice for lack of prosecution.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** OCT 02 2006

[cc: Messrs: Bedford, Weisman and Ms. Coyne-Fague]