UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

D.C.No.07-00144;
Companions:
D.C.No.04-271L;
D.C.No.05-095L.

STATE OF RHODE ISLAND, ET AL., Director Ashbel T. Wall II, Rhode Island Department of Corrections, et al.
(Respondents)

**PETITIONER'S DECLARATION**
**28 U.S.C. §1746**

**I, DECLARANT/PETITIONER, NORMAND BEDFORD, do hereby, declare under the penalty of perjury, pursuant to 28 U.S.C. §1746:**

That the allegations, declarations and assertions made in the accompanying "Petitioner's Motion for Relief from Judgment and Order pursuant to **Rule 60(b)(3),"** are true, correct and complete.

That the enclosed motion noted above is accompanied by a "Criminal Complaint, Affidavit and Claim of Lien, with Appendix's 1-4; and Exhibits 1-7, and other associated papers and Affidavit."

That the above noted "Criminal Complaint" is provided with original signitures and notary stamp. It's cover-letters are dated **April 17, 2007,** and certification is dated **April 24, 2007,** and was sent to all interested parties cited in the certification, and "Process of Service" was executed by certified mail receipt, with the enclosed copies of four individual cards and certified mail receipts.

**Dated: July 19, 2007.**

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I the undersigned hereby, certify, that I caused a true copy of the within "Declaration" in Support of Motion for Relief from Judgment and Order, pursuant to Rule 60(b)(3), to be mailed this 9th day of **August**, **2007**, postage prepaid, to: Mr. Aaron L. Weisman, RI Attorney General's Office, 150 South Main Street, Providence, RI 02903; Copy sent to U.S. District Court, Chief Justice Mary M. Lisi, 1 Exchange Terrace, Providence, RI 02903, via certified mail receipt, article No. 7005 2570 0001 4829 6039.

**Dated: July 19, 2007.**

Normand Bedford

**NORMAND BEDFORD, Pro se**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**