**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-271L** |
| | : | **No. 05-095L** |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(B)(3)**

Now comes the State of Rhode Island, by and through its attorneys, and hereby objects, for the reasons expressed in the accompanying supporting *Memorandum*, to Petitioner's Motion for Relief From Judgment And Order Pursuant To Rule 60(B)(3).

Respectfully submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/Aaron L. Weisman
____________________________
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORMAN BEDFORD** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-271L** |
| | : | **No. 05-095L** |
| **STATE OF RHODE ISLAND, et al** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(B)(3)**

Petitioner seeks "Relief from Judgment and Order" in the above-captioned cases on the apparent ground that Magistrate Judge Jacob Hagopian's October 14, 2004 Report and Recommendation contained "false and fraudulent statements." (*Petitioner's Motion for Relief From Judgment And Order Pursuant to Rule 60(b)(3)*.) Because, from the State's reading of such Report and Recommendation, there does not appear to be any such "false and fraudulent statements" (*id.*), there is obviously no grounds justifying the Petitioner's Motion for Relief From Judgment.

Wherefore, the State would object to Petitioner's Motion for Relief From Judgment And Order Pursuant To Rule 60(B)(3).

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 24th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system; and, I also certify that I caused a copy of the within document to be sent to the following by first class mail on the same date: Norman Bedford, Jr., Pro-Se, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/Aaron L. Weisman