UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Petitioner)

v.

[redacted]
D.C.No.04-271L;
D.C.No.05-095L

STATE OF RHODE ISLAND, ET AL., Director
Ashbel T. Wall II, Rhode Island Department
of Corrections, et al.
(Respondents)

**PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND ORDER PURSUANT TO RULE 60(b)(3)**

Now comes Petitioner, NORMAND BEDFORD, in the above-entitled matter and hereby, moves this Honorable Court for "Relief from Judgment and Order," in **D.C.Nos.04-271L;** and **D.C.No.05-095L,** pursuant to the Federal Court Rules of Civil Procedure, Rule 60(b)(3), which provides relief from "fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct or an adverse party." Petitioner further asserts that **28 U.S.C. §636,** provides, that "Judicial officer, whether Magistrate or Judge has inherent power to reconsider his own order," citing **United States v. Colombo, (1985, ED NY) 616 F.Supp. 780, revd on other grounds (CA2 NY) 777 F.2d 96.** Petitioner posits that this Court erroneously dismissed his two former Petitions for Writ of Habeas Corpus in the above cited case numbers without acknowledgment or acquiescing his **"July 14, 2004, Motion to Enlarge Time to File Brief on appeal to State Supreme Court"** but instead, false and fraudulent statements, specifically, in United States District Court Magistrate Judge Jacob Hagopian's **October 14, 2004,** Report and Recommendation to dismiss petition in **D.C.No.04-271L,**



Denied - frivolous;
Ronald R. Lagueux
Sr. USDJ 9/13/07